COPY

FILED

1  Daniel J. O'Rielly (State Bar No. 214846)
   **O'RIELLY & ROCHE LLP**
2  4 Embarcadero Center, Suite 1400
   San Francisco, California 94111          12 SEP 18 AM 11: 42
3  Telephone:  (415) 952-3002
   Facsimile:  (415) 520-9394               CLERK U.S. DISTRICT COURT
4                                           CENTRAL DIST. OF CALIF.
                                            LOS ANGELES
   Attorneys for Defendants                 BY:_____
5  GE CAPITAL RETAIL BANK, formerly
   known as GE MONEY BANK, and
6  CARE CREDIT

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                    WESTERN DIVISION

11             CV12-08032 JAK (FMOx)

12 | WENDY ELLEN FLEISCHMANN,        | Case No. _____
13 |        Plaintiff,               | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES**
14 |                                 |
15 |     vs.                         |
16 | CARE CREDIT, a Limited Liability corporation of unknown citizenship, and GE MONEY BANK, a business entity, form unknown, and DOES 1 through 1,000; |
17 |                                 |
18 |        Defendants.              |

19

20

21    Pursuant to FRCP 7.1 and Local Rule 7.1-1, the undersigned, counsel of record for defendants

22 GE MONEY BANK, now known as GE CAPITAL RETAIL BANK, and CARE CREDIT

23 (collectively "GECRB"), certifie that the following listed parties may have a pecuniary interest in the

24 outcome of this case.  These representations are made to enable the Court to evaluate possible

25 disqualification or recusal.

26    1. GE CAPITAL RETAIL BANK, a Federally-chartered Savings Bank with its home office

27 located in Salt Lake City, Utah, is a subsidiary of GE Consumer Finance, Inc.  The ultimate parent is

28 General Electric Company, which is a publicly traded company.

-1-
CERTIFICATION AND NOTICE OF IINTERESTED PARTIES

2. CARE CREDIT, a California Limited Liability Corporation, is wholly owned by GE CAPITAL RETAIL BANK.

Dated: September 18, 2012

Respectfully submitted,

**O'RIELLY & ROCHE LLP**

By: _____
Daniel J. O'Rielly

Attorneys for Defendants
GE MONEY BANK, now known as
GE CAPITAL RETAIL BANK, and
CARE CREDIT