Daniel J. O'Rielly (State Bar No. 214846)
**O'RIELLY & ROCHE LLP**
4 Embarcadero Center, Suite 1400
San Francisco, California 94111
Telephone:  (415) 952-3002
Facsimile:  (415) 520-9394

Attorneys for Defendants
GE CAPITAL RETAIL BANK, formerly
known as GE MONEY BANK, and
CARE CREDIT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| WENDY ELLEN FLEISCHMANN, | Case No. CV12-08032 JAK (FMOx) |
| Plaintiff, | **CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT** |
| vs. | |
| CARE CREDIT, a Limited Liability corporation of unknown citizenship, and GE MONEY BANK, a business entity, form unknown, and DOES 1 through 1,000; | |
| Defendants. | |

ELIZABETH ARCHER-EVANS certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 4 Embarcadero Center, Suite 1400, San Francisco, California, 94111, which is located in the city, county and state where the mailing described below took place. On September 18, 2012 I deposited in the United States Mail at San Francisco, California, a copy of the Notice to Adverse Party of Removal to Federal Court dated September 18, 2012, a copy of which is attached to this Certificate as Exhibit A.

//

//

---

-1-
CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT

1     I declare under penalty of perjury under the laws of the United States that the foregoing is
2 true and correct. Executed on September 18, 2012.

*[signature]*

Elizabeth Archer-Evans

---

-2-
CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT

# EXHIBIT A

| | |
|---|---|
| 1 | Daniel J. O'Rielly (State Bar No. 214846) |
| | **O'RIELLY & ROCHE LLP** |
| 2 | 4 Embarcadero Center, Suite 1400 |
| | San Francisco, California 94111 |
| 3 | Telephone: (415) 952-3004 |
| | Facsimile: (415) 520-9394 |
| 4 | |
| | Attorneys for Defendants |
| 5 | GE CAPITAL RETAIL BANK |
| | Formerly Known As GE MONEY BANK, and |
| 6 | CARE CREDIT |

SUPERIOR COURT FOR THE STATE OF CALIFORNIA

COUNTY OF LOS ANGELES- VAN NUYS

| | |
|---|---|
| WENDY ELLEN FLEISCHMANN, | Case No. LC096546 |
| Plaintiff, | **NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT** |
| vs. | |
| CARE CREDIT, a Limited Liability corporation of unknown citizenship, GE MONEY BANK, a business entity, for unknown, and DOES 1-1,000; | |
| Defendants. | |

TO PLAINTIFF WENDY ELLEN FLEISCHMANN and HER COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendants GE CAPITAL RETAIL BANK, formerly known as GE MONEY BANK, and CARE CREDIT have filed a Notice of Removal of this action in the United States District Court for the Central District of California on September 18, 2012.

A copy of the Notice of Removal without exhibits is attached to this notice as Exhibit A, and served and filed with this Notice.

//

//

-1-

NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT

Dated: September 18, 2012

Respectfully submitted,

**O'RIELLY & ROCHE LLP**

By: _____
Daniel J. O'Rielly

Attorneys for Defendants
GE CAPITAL RETAIL BANK
formerly Known As
GE MONEY BANK, and CARE CREDIT