JEFFREY B. BOHRER (180803)
Law Offices of Jeffrey B. Bohrer
11024 Balboa Boulevard #200
Granada Hills, California 91344

Telephone:  (818) 366-6900
Facsimile:   (818) 366-8914

Attorneys for Plaintiff W. Ellen Fleischmann

FILED
CLERK, U.S. DISTRICT COURT

DEC 1 7 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| WENDY ELLEN FLEISCHMANN, | Case No: CV12-08032 DDP (FMOx) [The Honorable Dean D. Pregerson, Courtroom 3] |
| Plaintiff, | **SECOND AMENDED _VERIFIED_ COMPLAINT FOR DAMAGES** |
| vs. | |
| CARE CREDIT, a Limited Liability corporation of unknown citizenship; GE MONEY BANK, a business entity, form unknown;  and DOES 1-1,000, | |
| Defendants. | |

**COMES NOW,** Plaintiff W. ELLEN FLEISCHMANN, who hereby alleges as follows:

1. This is an action brought against 2 furnishers of information to consumer reporting agencies under FRCA § 1681, et seq., as well as 15 U.S.C. § 1640 (e);

2. Plaintiff was and is, at all times relevant hereto, an adult resident of the County of Los Angeles, State of California.

3. Defendant CARE CREDIT (hereinafter referred to as "CC"), is, and at all times relevant hereto, on information and belief, a Limited Liability Corporation of unknown citizenship and is the agent and/or principal and/or employer, and/or assign and/or subsidiary and/or parent entity, of co-defendant GE MONEY BANK, and DOES 1-1000.

4. Defendant GE MONEY BANK (hereinafter referred to as "GEMB", is, and at all times relevant hereto, on information and belief, a business entity of unknown citizenship and unknown form, and is the agent and/or principal and/or employer, and/or assign and/or subsidiary and/or parent entity, of co-defendant CARE CREDIT and DOES 1-1000.

5. **DOE Defendants:** The true names of Defendants named herein as DOES 1 through   100-, whether individual, corporate, associate or otherwise, are presently unknown to Plaintiff   who therefore, sues said Defendants by such fictitious names; Plaintiff is informed and believes   and thereon allege that each of the Defendants so designated herein proximately caused and   contributed to the damages herein alleged, and Plaintiff will ask leave of Court to amend this Complaint to insert the true names and capacity of DOES 1 through 1000 when the same have   been ascertained and to join such Defendants in this action.

6. **Agency/Co – Conspirator Status, Etc.** Plaintiff is informed and believes, and thereon   alleges, that at all time mentioned therein, Defendants and each of them,  were agents of each other and acting as representatives of each other and taking instructions from each other in doing the things as herein alleged; further, Defendants and each of them were agents of each other and acting as representatives of each other and taking instructions from each other in doing the things as herein   alleged;  At all relevant times mentioned herein, each of these agencies were acting within the   course, scope , purpose, consent, knowledge,

ratification, and authorization of such agency, employment, joint venture and conspiracy and, further, that in doing the things as herein alleged, each co-defendant was acting as agents of each and every other co-defendant.

**7. Venue.** All facts, and causes of actions, and conduct as alleged in this complaint occurred in the County of Los Angeles, State of California in this Judicial District; further, performance was likewise to have been effectuated in this Judicial District.

### Facts Common to All Causes of Action.

8. Plaintiff realleges and reincorporates paragraphs 1-7 of this Complaint as thought fully set forth herein.

9. On or about June 18, 2008, Plaintiff was desirous to have refractive ocular surgery performed on her. To that purpose, she engaged the Services of the Berg-Feinfeld Vision Correction office. The surgery was to have cost $4,000.00.

10. On that same day, Plaintiff, at the suggestion of Berg Feinfeild, sought to finance the surgery and did so by entering into a finance agreement with Defendants CARE CREDIT, GE MONEY and DOES 1-1000.

11. On that same day, Plaintiffs and  Defendants CARE CREDIT, GE MONEY and DOES 1-1000 entered into a written Agreement, a true and correct copy of such integrated writing is attached hereto as Exhibit 1.

12. The substance of the Agreement was that Defendants, and each of them, would extend credit to plaintiff, such payment made directly to Berg Feinfield; that Berg Feinfeild would then conduct the surgery, and that Plaintiff had 12 months, interest-free, to pay off the loan.

13. Berg Feinfield was duly paid by Defendants and each of them, conducted the surgery, and is not a party to this lawsuit.

14. Plaintiff herein has performed all aspects of the contract without limitation.

15. On or about July 14, 2008, Defendants CC and GEMB sent its first statement to Plaintiff, with a first due date being August 8, 2008, a true and correct copy of which is attached hereto as Exhibit 2.

16. On or about July 16, 2009, plaintiff made the final payment to CC and GEMB, leaving a zero balance. (A true and correct copy of the transaction records evidencing all pay-offs are attached hereto as Exhibit 3.

17. In spite of the loan being completely paid off, on August 10, 2009, CC and GEMB continued to deduct monies from plaintiff's account (see Ex. 3, top 3 lines).

18. Plaintiff complained to CC/GEMB and, on August 12, 2009, CC/GEMB agreed to cease all automatic deductions from plaintiff's account. (Confirming email attached hereto as Exhibit 4).

19. Additonally, on or about 8/4/09, plaintiff complained to Equifax, that the charges were error, a true and correct notation of the report of dispute concurrently to the making of a complaint to Equifax is found on page 3 of exhibit 14 herein.

20. Nevertheless, GEMB/CC continued to send billings to plaintiff (such examples of billings attached hereto as Exhibit 5)

21. On August 14, 2009, GEMB refunded the monies they unlawfully deducted from plaintiffs account (A true and correct copy of GEMB's email to this effect is attached hereto as Exhibit 6).

22. On or about November 10, 2009, plaintiff received a "collection call" from GEMB, wherein plaintiff attempted to dispute the claimed balance.

23. On November 10, 2009, Plaintiff sent CC/GEMB the dispute, in writing, attached hereto as Exhibit 7.

24. Nevertheless, on November 14, 2009, CC/GEMB placed plaintiff's account into collections with Allied Interstate Collection agency. A true and correct copy of the Notice of Collection is attached hereto as Exhibit 8

25. On November 29, 2009, CC/GEMB sent the correspondence attached hereto as Exhibit 9, reiterating their demand for payment and threatening more collection actions. In response thereto, plaintiff contacted both Defendants, Experion and Equifax, contesting the "debt", and, as a result, plaintiff was assured by Experian and Equifax, that they would contact GE, and GE assured plaintiff that the matter would be taken care of, and plaintiff accepted those representations.

26. Between November 10, 2009, up to and including the date of filing of this lawsuit, plaintiff has maintained that no balance is due, and, despite GEMB/CC's refunding the wrongfully deducted funds, has still engaged in attempts to collect from and to harass plaintiff, including the assignment of the claimed "debt" to another collection agency , one "Asset Recovery", on or about October 5, 2010, a true and correct copy of which is attached hereto as Exhibit 10, challenging the accuracy and existence of the supposed "debt".

27. On or about October 5, 2010, being in receipt of Ex. 10, plaintiff again filed a complaint with Experian.

28. On or about January 14, 2011, plaintiff hired the Law Offices of Jeffrey B. Bohrer who attempted to get a resolution to the dispute and, part and parcel thereto, Attorney Bohrer sent the letter attached hereto as Exhibit 11.

29. Thereafter, and in receiving NO RESPONSE from defendants, Attorney Bohrer dispatched yet another letter to CC/GEMB on February 8, 2010, a true and correct copy of which is attached hereto as Exhibit 12.

30. Neither Mr. Bohrer, nor plaintiff have received any response to either letter.

31. From a period of November, 2009, up to and including the date of filing of this lawsuit, plaintiff has incurred damage to her credit profile, including but not limited to, denials of credit, increased credit that was offered and a myriad of other damages, including, but not limited to, denial of a Discover Card (a true and

correct copy of which is attached hereto as Exhibit 13), due to her "delinquency" of the GEMB/CC account.

32. Only after this instant suit was filed, did defendants remove the negative entry on her credit profile, from GEMB/CC exists. (A true and correct copy of excerpts of plaintiff's Experian Credit Report and a true and correct copy of excepts of plaintiffs credit report from Free CreditReport.Com, all evidencing the continued negative entries, is attached collectively hereto as Exhibit 14.

33. On or about February 21, 2012, plaintiff contacted Experian to once again, challenge the propriety of the negative entry of Care credit and received no response.

34. From the time of September 29, 2009, when plaintiff was assured that the matter was taken care of, until December , 2010, plaintiff at all times, was unaware that GE had not removed the negative item and only became notified that the debt was still on her credit profile, as of December, 2010.

### First Cause of Action

### (Violation of the FCRA, as against defendants, and each of them)

35. Plaintiff realleges and reincorporates paragraphs 1-34 as though fully set forth herein.

36. Defendants, and each of them are creditors and furnishers of information to consumer reporting agencies under FRCA § 1681, et seq., as well as 15 U.S.C. § 1640 (e);

37. In addition to doing the things alleged above, defendants, and each of them published their representations to Equifax, Transunion and Experian on multiple occasions. These publications, which claimed plaintiff's delinquency, was done with malice and intent to injure, with full knowledge that the reports made by it to CRA's were false, and defamatory, and which caused plaintiff to suffer humiliation, loss of credit, loss of credit opportunity, and loss of business.

38. By doing the things as herein alleged, including, but not limited to, the a) billing plaintiff when there was a zero balance on the account and for which no money was owed;

b) deducting monies from plaintiff's bank account when plaintiff owed no money to defendant; c) continuing to send billings as well as collection calls and efforts after ascertaining that no monies were due; d) Reporting plaintiff to CRA's a delinquent; e) placing plaintiff into collections; f) failing to respond to plaintiff's and plaintiff's PRE-litigation inquiries, defendants, and each of them have failed to adhere to the requirements of the FCRA.

39. Further, as applied to the defendants' furnishing of the false information to the CRA's as well as to private collection agencies, same was first done negligently AND then, purposefully, with the intent to harm an to injure.

40. Further still, it is averred herein that no immunity applies in this instance due to , first, the allegations of willful intent to injure, as well as that such immunity, if at all, is based solely on the *"reporting"* of information by defendants to a CRA; as set forth above, this complaint alleges conduct other than the mere "furnishing" of information, including, but not limited to , failing to inform CRA's of the dispute; failing to notify CRA's that no monies were due; failure and refusal to  conduct an investigation; failing and refusing to correct its own records; deducting monies wrongfully from plaintiff's account; calling and harassing plaintiff for money that she did not owe.

41. Further still, and with regard to the aforementioned complaints to defendants and to Experian and to Equifax, Plaintiff is informed and believes and thereon alleges that these Credit Reporting agencies, in response to plaintiff's complaints, actually forwarded said complaints to defendants; that defendants then actually received and  investigated the complaints, but that such investigations were unreasonable and a sham, in that they first agreed to erase and

withdraw said negative entries, but then simply re-inserted them on plaintiff's credit profile, and, finally, that actual inaccuracies were contained in said reports and that, first, had defendants conducted a reasonable investigation, they woul have seen that the item was erroneous and would have acted to correct them, but, instead, conducted a sham investigation, agreed to remove the entry; indeed, removed the entry, and then re-inserted/reported it.

42. Further, the acts complained of herein were done with actual malice, and done with the intent to vex, injure  and harass plaintiff, and done with defendants' actual knowledge of the falsity of their claims that payment was due, as well as to extort monies from plaintiff to which defendants knew they were not entitled. Defendants conduct is in accordance with a systematic course and habit of conduct as to how they continually act as per above, with regard to numerous other customers, all in violation of 15 U.S.C. §§ 1666; 1681-s (2)(a), 1681s-2(b); 1681n; 1681n(a), 1681o(a), 1681o; 1681p; 1640.

## Second Cause of Action

(Violation of California's Consumer Credit Reporting Agencies Act (Erroneously Set Forth in the First Amended Complaint as the Song-Beverly Credit Card Act of 1971), as Against Defendants, and Each of Them)

43. Plaintiff realleges and reincorporates paragraphs 1-41 of this Complaint as though fully set forth hereto.

44. Pursuant to 15 U.S.C. § 1681t(a),  the California State Statute is not inconsistent with the FCRA; pursuant thereto; as such, defendants are and were, not exempt from following California's consumer Protections statute, the Song Beverly Credit Act.

45. Defendants, and each of them, at all times herein mentioned were regularly engaged in the practice of issuing credit cards and further, were agents of a person or entity regularly engaged in the practice of issuing credit cards.

46. On or about July, 2008, plaintiff received a credit card statement from CC/GEMB, a copy of which is attached hereto as Exhibit 2, demanding payment of $4,000.00 and, again, as per Exhibit 5, demanding further payment, notwithstanding the fact that no monies were owed.

47. On or about November 10, 2009, plaintiff dispatched correspondence which refuted the charges.

48. On or about January 9, 2010 and continuing to this day, which is a date subsequent to 60 days from the date of plaintiff's disputing the charges, defendants failed and refused, and continue to fail and to refuse to correct the above errors and, indeed, reported plaintiff to collection agencies and to credit reporting agencies.

49. Plaintiff is informed and believes and thereon alleges that the failures of defendants, and each of them, to correct the errors were and are willful, in that they have ignored both plaintiff's and plaintiff's counsel's demands to so correct and have indeed , failed to either respond to plaintiffs' inquiries, or to acknowledge plaintiff's attorney's letters.

50. After complaining to both defendants, as well as to the credit reporting agencies, and despite defendants agreeing to remove the false and negative entries, and despite them actuall removing said entries, defendants nevertheless RE-entered the negative entries, purposefully, and wilfully, as well as to re-assign the "debt" to yet other collection agencies, all to plaintiff's detriment and damage as more fully set forth herein, all in violation of California Civil Code §§ 1781.10, 1781.16, 1781.20; 1781.20.2, 1781.15; 1781.15, 1781.15.2, and 1785.25(a)and (g)

51. As a direct, legal and proximate result of defendants and each of their errors and omission and wilful conduct, plaintiff has been injured as set forth in paragraphs, including, but not limited to 31, 32 and 37 of this complaint.

52. Further, plaintiff has suffered general damages for pain, suffering, outrage, inconvenience, and humiliation. And is, per statute, entitled to attorney's fees.

53. Further still, and due to Defendants' and each of their wilful conduct, plaintiff seeks punitive damages pursuant to CC § 1785.31(a)(2)(B) and consistent with 15 USC § 1681t, 1681o, 1681n in the maximum amount set forth in said section.

**WHEREFORE, Plaintiff seeks Judgment against Defendants, and each of them, as follows:**

I. On the First Cause of Action:

a. Actual damages according to Proof, under 15 U.S.C. §§ 1666; 1681-s (2)(a), 1681s-2(b); 1681n; 1681n(a), 1681o(a), 1681o; 1681p; 1640.

b. For Attorney's Fees per § 1681 n & o; 1681-s (2)(a), 1681s-2(b);

c. Punitive damages under § 1681n.

II. On the Second Cause of Action:

a. For Special Damages according to Proof;

b. For General Damages according to Proof;

c. For Attorney's fees per statute;

d. For an award of punitive damages in an amount sufficient to punish Defendants as well as to deter them and others from so acting in the future.

Dated: December 17, 2012     LAW OFFICES OF JEFFREY B. BOHRER

By: _____

Jeffrey B. Bohrer, Attorneys for Plaintiff
WENDY ELLEN FLEISCHMANN

## VERIFICATION

**I,  W. ELLEN FLEISCHMANN,  DO HEREBY DECLARE:**

That I am Plaintiff in the instant matter; That I have read the within " **SECOND AMENDED VERIFIED COMPLAINT FOR DAMAGES** " ,  and know the contents thereof; That the same is true of my own knowledge except as to those stated on information and belief, if any, and as to those matters, I believe them to be true.

I declare under penalty of perjury under the laws of the state of California that the forgoing is true and correct.

Dated: December 6, 2012 at West Hills,  California.

**EXHIBIT 1**



**BERG·FEINFIELD·TLC®**
VISION CORRECTION

13320 Riverside Dr., Suite 114
Sherman Oaks, CA 91423
(818) 980-2020

# REFRACTIVE SURGERY PAYMENT CONTRACT

PATIENT NAME: _WENDY ELLEN FLEISCHMANN_      DATE OF SURGERY: _6/18/08_

SURGICAL PROCEDURE: _INTRA CUSTOM LASIK_

☐ RIGHT EYE   ☐ LEFT EYE   ☑ BOTH EYES   1st / 2nd / ONLY

BFVC ACCOUNT # _182249_

| | | |
|---|---|---|
| PROCEDURE FEE – Cash Price | $ | _4000⁰⁰_ |
| Amount pre-paid to our office   Date paid: ___/___/___   Initials: _____ | $ | _0_ |
| Amount pre-paid to optometrist/TruVision   Confirmed by: _____ | $ | _0_ |
| AMOUNT TO BE COLLECTED AT FACILITY | $ | _4000⁰⁰_ |

ENHANCEMENTS: ☑ Included for _12_ months (from original surgery date)
   ☐ Not Included: $ _____ per eye (within the first year)

LIFETIME COMMITMENT: ☐ Included in procedure fee   ☑ Not Included: $ _620⁰⁰_ add to procedure fee

FLEX PLAN RECEIPT: ☐ YES   ☑ NO   EFFECTIVE: ___/___

☐ MAIL RECEIPT: Home / Business
☐ FAX RECEIPT: (___) ___

POST-OPERATIVE APPOINTMENTS INCLUDED UP TO _12_ MONTHS.

NOTES: _____

## METHOD OF PAYMENT:

☐ PAID WITH CASH/CHECK # _____   AMOUNT PAID: $ _____   BALANCE: $ _____

☐ PAID BY CREDIT CARD 1  Visa / MC / Discover / AmEx   AMOUNT PAID: $ _____   BALANCE: $ _____

Cardholder's Name: _____   Card # _____   Exp. Date: ___/___

☐ PAID BY CREDIT CARD 2  Visa / MC / Discover / AmEx   AMOUNT PAID: $ _____   BALANCE: $ _____

Cardholder's Name: _____   Card # _____   Exp. Date: ___/___

LOAN APPROVED WITH: ☑ CareCredit ( 3 / 6 / 12 / 24 / 36 / 48 / 60 ) Term (months)   Amount to be financed: $ _4000_

Credit Line: $ _____   ☐ CareCredit Plus down payment   $ _____   Amount to be financed: $ _____

☐ Capital One ( 12 / 24 / 36 / 48 / 60 )   Amount to be financed: $ _____

ACCOUNT # _6019 8039162449 8_

PICTURE ID# / TYPE: _C2594926_      Exp. Date: _2/10/13_

I UNDERSTAND THE TERMS AND CONDITIONS OF THE LOAN AND AGREE TO PAY IN FULL.

NAME OF APPLICANT IF DIFFERENT FROM THE ABOVE NAMED PATIENT: _____

APPLICANT SIGNATURE: _____      DATE: ___/___/___

It is our office policy for payment to be made on or prior to your scheduled surgery date. If paying by personal check, it must be received seven (7) days prior to your surgery. We do not accept personal checks on the day of surgery, however, money orders and/or cashier checks are acceptable. Please make checks payable to: BERG·FEINFIELD TLC® VISION CORRECTION. For your convenience, payment can also be made by Visa, Mastercard, Discover, American Express or Cash.

I HAVE READ, FULLY UNDERSTAND AND AGREE TO THE ABOVE PAYMENT CONTRACT.

_W Ellen_                                      _6 18 2008_
PATIENT'S SIGNATURE                              DATE SIGNED

BALANCE PAID IN FULL ON: _6 / 18 / 08_          EMPLOYEE INITIALS: _dm_

WHITE – OFFICE COPY          YELLOW – BUSINESS OFFICE COPY          PINK – PATIENT COPY

# CareCredit

• Verify that your name appears correctly on your card and your address is correct.

• Sign your new card immediately.

• Notify us immediately at 1-866-893-7864 if your card is lost or stolen, or if you have any questions about your card.

| Cards | Account Number | Credit Limit |
|---|---|---|
| 1 | 6019180391624448 | $6,000 |

WENDY E FLEISCHMANN
7926 ROYER AVE
WEST HILLS CA 91304-4533

0375016707521555

0000555 0613 0000597          9072 0300 9100 000 QC1260 16 505

## Your CareCredit card has arrived...

Visit us at
www.carecredit.com

or

Call us toll free at
1-866-893-7864



For added convenience and benefits register your CareCredit account at
**geonlineservice.com**

L-5616

## Get ready for healthcare financing on your terms

# Welcome to CareCredit, Wendy E Fleischmann!

Your new **CareCredit** card is attached and you can now use your card for you or any member of your family, even your pets, at over 90,000 providers nationwide, including the location where you signed up:

## Berg Feinfield Tlc Visio

Take a look inside to learn more about your new CareCredit account. The passport to a healthier, happier you is right at your fingertips — your CareCredit card!



QC1260

Get connected on CareCredit.com

# CareCredit.com is where you can make it all happen — 24/7.

- Search for a provider near you by specialty, name or zip code with our Provider Locator.

- Check out our payment calculator to estimate your monthly payment.

- View, manage and pay your account online.

- Get answers to frequently asked questions.

- Refer a practice or physician you would like to see become part of our provider network.

- Learn more about various treatments and procedures through our additional resources links.



# CareCredit®

www.carecredit.com | 1-866-893-7864



Valid on purchases of $300 or more on your CareCredit consumer credit card account. On promo purchase, monthly payments required, but no finance charges will be assessed if (1) promo purchase paid in full in 3, 6, 12 or 18 months, (2) any minimum monthly payments on account paid when due, and (3) account balance does not exceed credit limit. Otherwise, promo may be terminated & finance charges assessed from purchase date. On promotions requiring a minimum payment, payments over the minimum may be applied to those promo balances before non-promo and other balances. If you have a non-promo balance, this may reduce the benefit from the promo. If you choose this allowance, please call Customer Service. Standard terms apply to non-promo purchases, optional charges & existing accounts. See enclosed terms and conditions for important account information. Subject to approval by GE Money Bank.

## GE MONEY BANK
## CREDIT CARD AGREEMENT

1. **GENERAL.** This Agreement ("Agreement") governs your CareCredit credit card account ("Account"). "You" and "your" means the person who applied for the Account. "We," "us," "our," and "Bank" means GE Money Bank, 4246 South Riverboat Rd., Suite 200, Salt Lake City, UT 84123-2551. "Your" and "Card" means all persons who we approve to use the Account, and "Card" means all persons who we approve to use the Account. The effective date of this Agreement is the earlier of (i) the date you submit an Account application and it is approved by us, or (ii) the first date that you use your Account as authorized by us.

2. **USE OF ACCOUNT.** You may use your Account (i) to purchase goods and services ("Purchases"), (ii) to obtain cash advances ("Cash Advances") by writing convenience checks ("Convenience Checks") we may provide to you. Convenience Checks and other balance transfers are Cash Advances. From time to time we may make available to you, by means of Convenience Checks or otherwise, the ability to make balance transfer from time to time to your Account ("Credit Limit"). Except as otherwise provided in this Agreement or as required by law, you agree not to exceed any applicable Credit Limit. We may decline to authorize any Purchase, Cash Advance or charge your Credit Limit, or your Cash Advance Limit, even if doing so would not cause you to exceed that limit. You may use your Account for personal, family or household purposes.

3. **PROMISE TO PAY.** You promise to pay us for all credit that we extend you under this Agreement. Balance Transfers, Cash Advances, and all other amounts owed to us under the terms of this Agreement.

4. **PERIODIC FINANCE CHARGES.**

   A. We calculate the periodic Finance Charge separately for Purchases and Cash Advances. The Annual Percentage Rate may sometimes be referred to as "APR." For each billing period in which a periodic Finance Charge is imposed, the amount of the Finance Charge to your Account is calculated during the billing period. The periodic Finance Charge for a billing period is calculated by applying the applicable periodic rate to the applicable balance subject to periodic Finance Charges during that billing period and adding together all of those daily Finance Charge amounts. A minimum FINANCE CHARGE of $1.50 will be imposed for each billing period in which your Account is subject to a Finance Charge.

   B. The periodic Finance Charge for your Purchase Balance is the Purchase Standard Rate unless the Delinquency Rate applies (as described below). The Purchase Standard Rate for a billing period is 0.059426% daily periodic rate (APR 21.99%). The Delinquency Rate is 0.059426% daily periodic rate (APR 21.99%).

5. **PERIODIC RATES.**

   A. The Periodic Rate for your Purchase Balance is the Purchase Standard Rate unless the Delinquency Rate applies (as described below). The Purchase Standard Rate for a billing period is 0.059426% daily periodic rate (APR 21.99%), plus 14.73%. See the Monthly Rates Section of the Next Step, your account rate, as published in the Money Rates Section of The Wall Street Journal on the 5th business day before the last day of that billing period, as of February 6, 2008, the Purchase Standard Rate was .00024% (APR 21.99%).

---

GEMB affiliates, who are other companies in the General Electric company corporate family ("GEMB Affiliates") for servicing or marketing purposes, subject to your right to opt out of sharing of credit eligibility information, such as described below. Your opt-out does not apply to transaction and experience information on this Account.

Service Providers and program sponsors (including our affiliates) to assist us in servicing and responding to customer inquiries. We also may send marketing offers, such as inviting customers to assist us in our marketing efforts.

Financial institutions with whom we jointly offer financial products, such as banks. Your right to opt out is described below, if your billing address is in Vermont.

Third parties, who are interested in offering special products or services to you. See the section below. For example, we disclose information, either directly or through Provider, its affiliates and program sponsors (as applicable) financial services providers offering products such as insurance, cable, or loans, and non-financial companies offering consumer products and services. We also disclose information about you to third parties as we may disclose names, address and telephone and in other circumstances, as permitted by law.

**It's Your Choice.** You have the right to opt out of our sharing of credit information with certain third parties, as described below. To opt out please call us toll-free at 1-877-295-2007, or write to us at P.O. Box 981439 El Paso, TX 79998-1439. If you have previously informed us of your preference, you do not need to do so again.

If you opt out, you will be directing us as follows:

**Other Information.** We report Account information, such as credit limit, balance and payment information, to credit bureaus and sell information. When this occurs, customer assets, lines of business and/or Accounts. When this occurs, customer information generally is disclosed to others and is one of the transferred business assets. We also disclose information about you to third parties in certain other circumstances, as permitted by law.

**Important Notes About Your Choice**

We understand that even if you opt out as described above, we will continue to share information with the Provider and its affiliates and program sponsors (as applicable) for use in connection with the credit program and as otherwise permitted by law. Do not share information with GEMB Affiliates relating to our determination of your eligibility for credit. GEMB Affiliates will continue to share information permitted by law. And we will continue to share information for products and services based on transaction, experience or for credit eligibility information they receive from GEMB Affiliates.

---

service providers (such as modeling and database companies) to assist them in any of those activities.

Service Providers and program sponsors (including our affiliates) to assist us in servicing and responding to customer inquiries. We also may send marketing offers. By comparing billing statements to customer experience information on this Account.

Financial institutions with whom we jointly offer financial products, such as banks.

Even if you opt out, we will continue to provide you with billing inserts and mailings of special offers and new benefits.

**Vermont Residents.** If (and only if) your billing address is in Vermont, we will treat your Account as if you had exercised the opt-out choice described above and you do not need to contact us in order to opt out. If you move away from Vermont and you must then contact us to exercise the opt-out choice described above.

**Our Security Procedures.** We maintain physical, electronic, and procedural safeguards that comply with federal standards to guard nonpublic personal information about you. We limit access to personal and Account information to those employees and agents who assist us in providing products and services to you. We also require that our service providers and personnel adhere to strict standards to protect the personal and Account information security procedures.

**Your Access to Information** – We provide you access to information about your Account by sending you monthly billing statements outlining your transactions, finance charges, and other Account information, and by providing customer service representatives to answer your questions.

**How This Policy Applies to You** – The examples contained in this Privacy Policy are illustrations only, and are not intended to be all-inclusive. If you decide to close your Account or become an inactive customer, or if we close or suspend your Account, we will continue to adhere to the privacy policies and practices described in this notice as long as we retain information about you. We may amend this Privacy Policy at any time, and we will inform you of changes as required by law. You may have other privacy protections under state laws and we will comply with applicable state laws when we disclose information about you. This Privacy Policy applies only to the consumer credit Account with GE Money Bank and does to any other business credit you may have with us, and replaces our previous disclosures to you about our information practices.

If you have a joint account, a request by one party will apply to all parties on the account.

We will process your request promptly. However, it may take us several weeks to ensure that all records are updated with your preference. In the interim, you may continue to be included in programs as described above. Also, either your request is processed, you may still be contacted by GEMB Affiliates and/or other companies based on their own information.

---

For account information, visit us at www.gecreditservice.com

089-239-00
Revision Date: 2/12/208
Print Date: 2/08

M-9210S

## 8. PAYMENTS.

A. You must pay at least the Minimum Payment on your Statement by the Payment Due Date shown on the Statement. [...]

B. All written communications concerning disputed amounts, instructions, or any other payment instrument that (i) indicates that the payment constitutes "Payment in full" or is tendered as full satisfaction of a disputed amount, or (ii) is tendered with other conditions or limitations ("Disputed Payments") must be mailed or delivered to us at the address for billing inquiries shown on the Statement, not the Payment Address.

C. All payments, except Disputed Payments, must be mailed or delivered to us at the address shown on your Statement (the "Payment Address"). [...]

D. We reserve the right, to select the method by which payments and credits are allocated to your Account in our sole discretion. [...]

E. We reserve the right [...] cash payment electronically by or otherwise [...] In the event that you send to us by initiating an ACH (electronic) debit [...] your account. Your check or item will not be returned to you by us or your bank.

## 9. FEES. You agree to pay the following fees.

A. A Late Payment Fee, if we have not received your Minimum Payment by the Payment Due Date shown on your Statement. [...] The Late Payment Fee will be $15 for a balance of $99.99 or less; $29 for a balance of $100.00 to $499.99; and $35 for a balance of $500.00 or more.

B. A Returned Check Fee of $30 if any check or other instrument used by us, or any electronic payment authorization [...] is not honored [...]

C. An Over Limit Fee of $30 for each billing period in which your Credit Limit [...]

D. A Transaction Fee for each Cash Advance that posts to your account, including any Balance Transfer treated as a Cash Advance. This fee will be a FINANCE CHARGE equal to 4% of the amount of the Cash Advance, with a minimum of $5.

E. A Returned Loan Check Fee of $30 in the event any Convenience Check or Over Limit [...]

F. A Stop Payment Fee of $30 if we stop payment on any Convenience Check at your request. [...]

G. A Transaction Fee for each Balance Transfer treated as a Purchase equal to 4% of the amount of the Balance Transfer, with a minimum of $5.

## 10. SECURITY INTEREST. You grant us a purchase money security interest in each item of merchandise purchased on your Account [...]

(4)

## 2. [Periodic Rate / Cash Advance section]

a. The Periodic Rate for the Cash Advance Balance is the Cash Standard Rate [...]

c. The Periodic Rates and corresponding APRs for all Account balances [...]

d. The Periodic Rates and corresponding APRs may vary. [...]

## 3. BALANCE SUBJECT TO PERIODIC FINANCE CHARGES. The balance subject to a periodic Finance Charge is calculated separately for Purchases and Cash Advances.

A. The Purchase Balance subject to a periodic Finance Charge is the "Purchase Daily Balance" of the Account. [...]

B. The Cash Advance Balance subject to a periodic Finance Charge is the "Cash Advance Daily Balance" of the Account. [...]

## 4. WHEN PERIODIC FINANCE CHARGES BEGIN TO ACCRUE. Purchases and Cash Advances begin to accrue periodic Finance Charges [...]

(2)

(3)

**11. SPECIAL PAYMENT PLANS.** From time to time, you may be offered special promotional terms which modify the terms of this Agreement with respect to certain Purchases or Cash Advances or that will apply to certain Purchases of Cash Advances ("Special Payment Plans"). The provisions of this Agreement or under the Special Payment Plan, unless we inform you otherwise. We may, without prior notice, terminate your Special Payment Plan if you are in default under this Agreement, whether or not such delinquency relates to a Special Payment Plan. (i) the event of termination of your participation in a Special Payment Plan, (i) such remaining balance will then be subject to the standard provisions applicable to such transaction, and all Finance Charges accrued on the Special Payment Plan balance from the date of purchase, if any, may be added to your balance.

**12. TERMINATION/CHANGE IN TERMS.** You may terminate your Account at any time by providing us with written notice. We may at any time and to the extent permitted by applicable law, change any of the provisions of this Agreement subject to applicable law, including your Account. Unless prohibited by applicable law, any Terms Change (i) to any outstanding of any Terms Change law, we will send to you notice of any Terms Change to any outstanding of any Terms Change law, we will send to you notice of any Terms Change to your Account. Upon any termination of your Account, you remain obligated to repay the balance of your Account and this Agreement will continue to apply until you do so.

**13. DEFAULT.** Subject to the limitations of applicable law, we may declare you to (i) fail to make at least the Minimum Payment when due (ii) violate any other term of this Agreement, (iii) become the subject of a bankruptcy or insolvency proceeding; or (iv) supply us with misleading, false, incomplete or incorrect information. After your default, to the extent permitted by applicable law, and subject to the limitations of applicable law, (i) require immediate payment in full of your entire balance, (ii) terminate any Special Terms and conditions of this Account (iii) bring an action to collect all amounts owed; and/or (iv) take any action allowed by law. To enforce your Account, including attorneys' fees. The Card is issued for your personal use, and you agree to destroy it, and any Convenience Checks, by us at your option.

**14. LIABILITY FOR UNAUTHORIZED USE.** The Card and Convenience Checks are lost or stolen or if possible.

**15. CREDIT REPORTS AND ACCOUNT INFORMATION.** You give us permission to request information and to make whatever inquiries we consider necessary and appropriate (including obtaining information) for the purpose of reviewing your Account and subsequently, in connection with updates, renewals or extensions of credit or reviewing or collecting your Account. You also authorize us to report information concerning you or your Account, including information about your performance under this Agreement, to consumer reporting agencies and others who may provide information. If you believe that we have reported inaccurate information, please contact us at P.O. Box 981439, El Paso, TX 79998-1439. In doing so, please identify the inaccurate information and tell us why you believe it is incorrect. If you have a copy of the credit report that includes the inaccurate information, please include a copy of that report. You will also be notified that a negative credit report reflecting on your credit record may be submitted to a consumer reporting agency if you fail to fulfill the terms of this Agreement.

**16. USE OF INFORMATION ABOUT YOU AND YOUR ACCOUNT.** You authorize and direct us to furnish information about you and your Account to Retailers/Merchants/Dealers that accept this Credit Card (and their affiliated program sponsors) for use in connection with the Credit Card program, including to create and update their customer lists, to assist them in better serving you and to inform you about their offers and promotions. In addition, you agree to the use of and to the dissemination of information about you and your Account described in the Privacy Policy. You consent for us to contact you using emails, and provide to us, you agree to this consent under this Agreement and is enclosed or addresses (including any collection purposes), using at either that you have provided to dial your telephone number or to that we may use our own to call. You may deny this consent based on the options we may provide to you by calling customer service. Any charges for contacting you which may be billed to you by your communications carrier are your responsibility.

**17. TELEPHONE MONITORING.** To ensure that you receive accurate and courteous customer service, on occasion, your call may be monitored by our employees or agents and you agree to any such monitoring.

**18. JOINT ACCOUNTS.** If this is a joint account, each of you will be jointly and individually responsible for your obligations under this Agreement, reduce to one will be considered for both of you, and we can rely only on instructions from one of you, even if you receive inconsistent instructions from the other person.

**19. WAIVER.** We may, in our sole discretion, choose to not exercise any right or delay in enforcing any right, including the right to prepay the full amount of any charge, without losing that right. Any waiver of a right by us must be in writing and signed by us. Except as we may agree in a signed writing, we made or other any rights if we (a) accept a late or partial payment; (b) conditions or limitations on default, we then your Account for collection to an attorney; and/or (c) extend time to (d) release any collateral or person responsible for your obligations under this Agreement.

**20. CHANGE OF ADDRESS.** You will notify us promptly if you change your address. We may send statements and other notices to your address in our records until we are provided a reasonable opportunity to update our records with any new address for you.

**21. ARBITRATION PROVISION.** Please read this arbitration provision carefully. **IT PROVIDES THAT ANY PAST, PRESENT OR FUTURE LEGAL DISPUTE OR CLAIM OF ANY KIND, INCLUDING STATUTORY AND COMMON LAW CLAIMS AND CLAIMS FOR EQUITABLE RELIEF, THAT RELATES IN ANY WAY TO YOUR ACCOUNT OR YOUR RELATIONSHIP WITH US ("CLAIM") WILL BE RESOLVED BY BINDING ARBITRATION IF EITHER YOU OR WE ELECT TO ARBITRATE.**

**Right to Reject Arbitration:** You may reject this arbitration provision, in which event neither you nor We will have the right to require arbitration. Rejection will not affect any other aspect and/or this arbitration provision, you must send us a notice within 60 days after the opening your Account. The notice must include your name, address, and Account number and must be mailed to P.O. Box 981439, El Paso, TX 79998-1439. This is the only method you can use to reject this arbitration provision.

As used in this arbitration provision: "We", "Us," and "Our" mean (1) GE Money Bank and all of its respective parents, wholly and majority owned subsidiaries, affiliates, predecessors and all of its respective officers, directors and directors (collectively, the "Bank"), and all assigns, GE/CCO and each Participating Professional that accepts the Card/Credit Card and all of their respective parents, subsidiaries, affiliates, predecessors, successors, assigns, employees, officers and directors.

This arbitration provision covers all Claims, except that We will not elect arbitrate for an individual Claim brought by you in small claims court or its equivalent, unless such Claim is transferred, removed, or appealed to a different court. This arbitration provision between you and us.

With respect to any arbitration:
(1) Notice: If you elect to arbitrate, a Notice of your election must be mailed to the other party must be notified. It must be sent to GE Money, Legal Operation, 777 Long Ridge Road, Stamford, CT 06902. Notice can be given after a lawsuit has been filed in which case it can be made in papers in the lawsuit.

Administrator: The person who starts this arbitration proceeding must choose an arbitration administrator, which can be either the National Arbitration Forum (P.O. Box 50191, Minneapolis, MN 55405, www.arb-forum.com, (800) 474-2371), or the American Arbitration Association, 335 Madison Avenue, New York, NY 10017, www.adr.org, (800) 778-7879. If the administrator selected cannot administer your dispute, the arbitrator will be selected under the administrator's rules, and must be a lawyer with at least ten years of experience.

Applicable Law: These terms involve interstate commerce and this arbitration provision is governed by the Federal Arbitration Act, 9 U.S.C. et seq (the "FAA"). Utah law shall apply to the extent state law is relevant under Section 2 of the FAA in determining the validity of this provision. The arbitrator must apply the terms of this Agreement, including, for example, the limitations on the amount and types of damages, that would apply in a court, (2) the substantive law that would apply if the matter had been brought in court, (2) this arbitration provision, and (3) the administrator's rules. The arbitrator may award remedies that would apply if the individual Claim had been brought in court (including, without limitation, punitive damages, U.S. Supreme Court. The constitutional standards applicable in court proceedings will govern and arbitral as either an award on, on behalf of, or against, any person who is not a named party to the arbitration.

Location/Fees: The arbitration will take place in a location reasonably convenient to you. If you ask us, We will pay all filing, administrative, and arbitrator fees. If you lose, the arbitrator or arbitrator charges up to $2,500. The arbitrator can require you to reimburse us for any more and We will make your request in good faith. Under all circumstances We will pay all amounts We are required to pay under applicable law.

Judgment/Appeals: Any court having jurisdiction may enter judgment upon the arbitrator's award. The arbitrator's decision will be final and binding, except for (1) any appeal right under the FAA; and (2) any right of a party to appeal decisions relating to Claims of more than $100,000 to a three arbitrator panel appointed by the administrator, which will reconsider over any aspect of the appealed award. If you change your mind about again any aspect of the appealed award, the costs and fees of the administrator of good faith a request that We pay any additional fees of the arbitrator.

law. If any fee or charge assessed under this Agreement is finally determined to be in excess of that permitted by applicable law, the excess amount will be applied to reduce the outstanding balance on your Account or, if there is no outstanding balance, will be refunded to you.

## FEDERAL AND STATE NOTICES

**NEW JERSEY RESIDENTS:** Because certain provisions of this Agreement are subject to applicable laws, they may be void, unenforceable or inapplicable in some jurisdictions. None of these provisions, however, is void, unenforceable or inapplicable in New Jersey.

**PUERTO RICO RESIDENTS:** You may request a copy of this Agreement in Spanish.

Your signature on the application or sales slip for the initial Purchase approved on this Account represents your signature on this Agreement and is incorporated by reference.

*Mark D. Hayes*

Mark D. Hayes
Vice President, Marketing
CareCredit
425 South Riverdead Rd., Suite 200
Salt Lake City, UT 84123-2551

---

**IMPORTANT LIMITATIONS AND RESTRICTIONS; IF A CLAIM GOES TO ARBITRATION, NEITHER YOU NOR WE WILL HAVE THE RIGHT TO: (1) HAVE A COURT OR A JURY DECIDE THE CLAIM; (2) ENGAGE IN DISCOVERY (I.E. THE RIGHT TO OBTAIN INFORMATION FROM THE OTHER PARTY) TO THE SAME EXTENT THAT YOU OR WE COULD IN COURT; (3) PARTICIPATE IN A CLASS ACTION IN COURT OR IN ARBITRATION, EITHER AS A CLASS REPRESENTATIVE OR A CLASS MEMBER; (4) ACT AS A PRIVATE ATTORNEY GENERAL IN COURT OR IN ARBITRATION; or (5) JOIN OR CONSOLIDATE CLAIM(S) WITH CLAIMS OF ANY OTHER PERSON. THE RIGHT TO APPEAL IS MORE LIMITED IN ARBITRATION THAN IN COURT. OTHER RIGHTS THAT YOU OR WE WOULD HAVE IF YOU OR WE WENT TO COURT MAY ALSO NOT BE AVAILABLE IN ARBITRATION. ONLY A COURT MAY DETERMINE THE VALIDITY AND EFFECT OF PARTS 3, 4 AND 5 OF THIS PARAGRAPH. IF A COURT SHOULD HOLD SUCH PART(S) TO BE INVALID, AVOID, OR UNENFORCEABLE, THIS WILL NOT LIMIT THE RIGHT TO APPEAL SUCH HOLDING. IF A COURT SHOULD HOLD ANY OTHER PART(S) OF THIS ARBITRATION PROVISION TO BE INVALID, THE REMAINING PARTS SHALL BE ENFORCEABLE. IN NO EVENT SHALL THE INVALIDATION OF ANY PART OF THIS ARBITRATION PROVISION HAVE THE EFFECT OF AUTHORIZING AN ARBITRATOR TO HAVE AN AWARD TO, OR BEHALF OF, OR AGAINST ANY PERSON WHO IS NOT A NAMED PARTY TO THE ARBITRATION.**

This arbitration provision will survive the termination of your Account and the Card and will remain in force no matter what happens to you or your Account. In case of any conflict or inconsistency, this Agreement controls over any rules and procedures of the arbitration administrator.

**22. GOVERNING LAW.** Except as provided in the arbitration provision, this Agreement and your Account and any claim, dispute or controversy arising from or relating to this Agreement or your Account, whether based on contract, tort, fraud and other intentional torts, statute, common law and regulation, shall be governed and construed in accordance with federal law, and to the extent that a state law applies, the laws of the State of Utah (without regard to internal principles of conflicts of law). The legality, enforceability and interpretation of this Agreement and the amounts contracted for, charged and received under this Agreement will be governed by such laws. This Agreement is entered into between you and us in Utah. We make decisions about granting credit to you from, extend credit to you under this Agreement from, and accept your payments in Utah.

**23. ASSIGNMENT.** We may sell, assign or transfer any of our rights or obligations under this Agreement or your Account, including our rights to payments, without prior notice to you. You may not sell, assign or transfer any of your rights or obligations under this Agreement or your Account.

**24. SEVERABILITY.** If any provision of this Agreement is determined to be void or unenforceable under applicable law, all other provisions of this Agreement shall still be valid and enforceable.

**25. ENTIRE AGREEMENT.** This Agreement, together with any application you signed or otherwise submitted in connection with this Account (which is hereby incorporated by reference in this Agreement), constitutes the entire agreement between you and us relating to your Account and supersedes any other prior or contemporaneous agreement between us relating to your Account. This Agreement may not be amended except in accordance with the provisions of this Agreement. It is not the intention of the parties that anything in this Agreement should result in the assessment of fees or charges in excess of those permitted by applicable

---

we are investigating, but you are still obligated to pay the parts of your bill that are not in question.

If you feel that we made a mistake on your bill, you will not have to pay the finance charges related to any questioned amount. If you didn't make a mistake, you may have to pay finance charges, and you will have to make up any missed payments on the questioned amount. In either case, we will send you a statement of the amount you owe and the date that it is due. We may then report you as delinquent if you do not pay the amount we think you owe. However, if our explanation does not satisfy you and you write to us within ten days telling us that you still refuse to pay, we must tell anyone we report you to that you have a question about your bill. And, we must tell you the name of anyone we reported you to. We must tell anyone we report you to that the matter has been settled between us when it finally is.

If you don't follow these rules, we can't collect the first $50 of the questioned amount, even if your bill was correct.

**Special Rule for Credit Card Purchases**
If you have a problem with the quality of property or services that you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the property or services. There are two limitations on this right:

   (a) You must have made the purchase in your home state or within 100 miles of your current mailing address; and

   (b) The purchase price must have been more than $50.

These limitations do not apply if you own or operate the merchant if we mailed you the advertisement for the property or services.

---

## PRIVACY POLICY

This Privacy Policy describes our information collection and sharing practices. Please read it carefully. We share information about you with CareCredit for use in connection with the Account.

This Privacy Policy applies to current and former customers and applicants of their relationships with us relating to this consumer credit Account, CARE CREDIT refers to both CareCredit LLC and each participating professional that accepts the CareCredit card.

**Information We Collect** – We collect personally identifiable information about you, such as your name, address, social security number, date of birth, mother's maiden name and transaction information about items purposed, payments and payment method), for identification, account maintenance, servicing and marketing purposes. We obtain information about you from you (such as on an application form), through your use of our products and services, and in some cases, from third parties. Specifically, we may also collect information and demographic using "cookies" (small pieces of data stored on your computer's hidden browser technology that may be to track your website usage with us up to remember passwords on your computer) or other technology that may be to provide you with customized content, among other things.

**Information We Share with Others** – We may use and share our information we collect, subject to applicable law, with the following examples are not intended to be all-inclusive:

* Provider and its affiliates and program sponsors (as applicable) for use in connection with this Account, your consumer credit programs and otherwise permitted by law. They may use this information to offer their tailored clientele, to answer questions about this Account conform other CareCredit program functions or t other purposes permitted by law. They may their affiliates, licensees, sponsors or third

---

## YOUR BILLING RIGHTS
### KEEP THIS NOTICE FOR FUTURE USE

This notice contains important information about your rights and our responsibilities under the Fair Credit Billing Act.

**Notify Us in Case of Errors or Questions About Your Bill**
If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on your Statement. Write to us as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:

* Your name and Account number.
* The dollar amount of the suspected error.
* Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are not sure about.

**Your Rights and Our Responsibilities After We Receive Your Written Notice**
We must acknowledge your letter within 30 days, unless we have corrected the error by then. Within 90 days, we must either correct the error or explain why we believe the bill was correct.

After we receive your letter, you cannot try to collect any amount you question, or report you as delinquent. We can continue to bill you for the amount you question, including finance charges, and we can apply any unpaid amount against your credit limit. You do not have to pay any questioned amount while

**EXHIBIT 2**

WENDY E FLEISCHMANN

CARE CREDIT/GEMB

| STATEMENT DATE | 07/14/2008 |
|---|---|
| Days in Billing Cycle | 30 |

**ACCOUNT INFORMATION**  6019 1803 9162 4448

| Payment Due Date | 08/08/2008 |
|---|---|
| Credit Limit | $6,000.00 |
| Total Credit Available | $2,000.00 |
| Minimum Payment | $120.00 |

**BALANCE SUMMARY**

| Previous Balance | | $0.00 |
|---|---|---|
| New Purchases | + | $4,000.00 |
| Payments | − | $0.00 |
| Credits, Fees and Adjustments (net) | +/− | $0.00 |
| FINANCE CHARGE (net) | +/− | $0.00 |
| New Balance | = | $4,000.00 |

For Customer Service or to report your card lost or stolen, call:

**866-893-7364**

Or, visit us on the web at:

**www.carecredit.com**

Go Green Giveaway.

Visit CareCredit.com/gogreen for the eco-details.



**ACCOUNT ACTIVITY**

| Post Date | Tran Date | Reference Number | Description | Amount |
|---|---|---|---|---|
| 06/19/2008 | 06/18/2008 | 8534812HVLE5VFZ4B | BERG FEINFIELD TLC VISIO SHERMAN OAKS CA WITH PAY DEFERRED INTEREST | $4,000.00 |

**PROMOTIONAL PURCHASE SUMMARY**

You will incur no Finance Charges on a Deferred Interest promotional purchase, provided the promotional purchase amount is paid in full by the indicated Promotional Expiration Date and you pay, by the Payment Due Date, each Minimum Payment Due on your Account prior to the Promotional Expiration Date. If you do not satisfy these requirements, Finance Charges accrued from the date of purchase will be added to your Account.

| Promotion Type/ Tran Date | Initial Transaction Amount | Billed FINANCE CHARGE | Promotional Balance | Deferred FINANCE CHARGE | Promotional Expiration Date |
|---|---|---|---|---|---|
| With Pay Deferred Interest 03/18/2008 | 4,000.00 | 0.00 | 4,000.00 | $65.54 | 07/13/2009 |

* If you would like to make more than one payment see MAIL PAYMENT TO address or pay online at www.geonlineservice.com.

Conf. # 11715176

PAYMENT DUE BY 5 P.M. ON THE DUE DATE.
NOTICE: See reverse side and additional pages (if any) for important information concerning your Account

PAYMENT DUE BY 5 P.M. ON THE DUE DATE.

Purchases, returns, and payments made just prior to billing date may not appear until next month's statement.

Unless promotions call for special terms, additional finance charges can be avoided if we receive the new balance by 5 p.m. on the due date.

We reserve the right to obtain payment electronically for any check or other instrument that you send to us by initiating an ACH (electronic) debit in the amount of your check or instrument to your account. Your check or instrument will not be returned to you by us or your bank. Your bank account may be debited as early as the same day we receive your payment.

| GENERAL CORRESPONDENCE: | MAIL PAYMENT TO: | BILLING INQUIRIES: | OVERNIGHT PAYMENT: |
|---|---|---|---|
| | | | Payment cannot be made in person. Mailing address only: |
| Send inquiries (not payments), including your account number to: | GE MONEY BANK PO BOX 960081 ORLANDO, FL 32896-0081 | GE MONEY BANK PO BOX 981438 EL PASO, TX 79998-1438 | GE MONEY BANK 140 WEKIVA SPRINGS ROAD LONGWOOD, FL 32779 |
| GE MONEY BANK PO BOX 981127 EL PASO, TX 79998-1127 | | | |

**Billing Rights Summary: In Case of Errors or Questions About Your Bill:**

If you think your bill is wrong, or if you need more information about a transaction on your bill, write to us on a separate sheet at: Billing Inquiries-P.O. Box 981438, El Paso TX 79998-1438, as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information: (a) Your name and account number, (b) The dollar amount of the suspected error, (c) Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item or ask a question.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

Special Rule for Credit Card Purchases: If you have a problem with the quality of goods or services that you purchased with a credit card and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant or if we mailed you the advertisement for the property or service, all purchases are covered regardless of the amount or location of purchase).

Credit Reports and Account Information: If you believe that we have reported inaccurate information about you to a credit bureau, please write to us at P.O. Box 981439, El Paso, TX 79998-1439. In doing so, please identify the inaccurate information and tell us why you believe it is incorrect. If you have a copy of the credit report that includes the inaccurate information, please send a copy of that report to us as well.

Use of Information About You and Your Account: Our Privacy Policy describes our collection and disclosure of information about you and your Account. If you would like another copy of the Privacy Policy, please call our toll-free Privacy service number, (877) 905-2097.

This is an attempt to collect a debt and any information obtained will be used for that purpose.

Credit Bureau Reporting: We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

Payments: You may at anytime pay the entire balance (the "New Balance") in full or more than the "Minimum Payment" shown on the front of this statement, but you must pay at least the Minimum Payment. Payments received after 5:00 p.m. at the address shown on the front of this statement (or receipt of payments will be credited as of the date received. Conditional Payments: Any check or payment instrument in an amount less than full amount due that you send us marked "PAID IN FULL", or you otherwise tender as full satisfaction of a disputed amount, must be sent to us at the BILLING RIGHTS SUMMARY address above and NOT the "Payments" address shown on the front of this statement for your designated amount. If you make a payment at a location other than the address shown on the front of this statement for receipt of payments, crediting that payment to your account may be delayed up to 5 days. Credit to your Account may be delayed up to 5 days if payment (a) is not received at the Payment Address, (b) is not made in U.S. dollars drawn on a U.S. financial institution located in the U.S., (c) is not accompanied by the top portion of your Statement, (d) contains more than one payment or coupon, (e) is not received in the remittance envelope provided or (f) includes staples, paper clips, tape or correspondence of any type. We reserve the right to select the method by which payments and credits are allocated to your Account in our sole discretion. The payment allocation method that we use may result in higher Finance Charges on your Account, depending on the types of transactions you make (such as promotional or non-promotional purchases), and the timing and amount of your payments. For example, on promotions requiring minimum payments, payments over the minimum will usually be applied to those promo balances before non-promo and other balances. If you have a non-promo balance, this may reduce the benefit from the promo. If you want to change this allocation, please call Customer Service.

Hearing impaired (TDD) users call 1-877-548-8512.

If you file bankruptcy you must send us notice, including account number and all information related to the proceeding to the following address, GE Money Bank, Attn: Bankruptcy Dept, P.O. Box 103105, Roswell, GA. 30076.

**BALANCE COMPUTATION METHOD**

A   The total periodic Finance Charge imposed in a billing period ("Current Billing Period") is total of (i) the daily periodic Finance Charges on Purchases and Cash Advances in the Current Billing Period, plus (ii) the total of the periodic Finance Charges on new Purchases in the previous billing period ("Previous Billing Period"). There will be no periodic Finance Charges imposed in the Current Billing Period on any new Purchases in the Previous Billing Period if daily Finance Charges were imposed on those new Purchases in the Previous Billing Period. The periodic Finance Charge imposed in the Current Billing Period on Purchases or Cash Advances for the Current Billing Period is determined by multiplying the Periodic Rate (in the Current Billing Period times the Daily Balances of Purchases or Cash Advances in the Current Billing Period to determine the daily periodic Finance Charges, and adding together those daily periodic Finance Charges for each day in the Current Billing Period. The periodic Finance Charge imposed in the Current Billing Period on new Purchases for the Previous Billing Period is determined by multiplying the Periodic Rate for the Current Billing Period times the Daily Balances of new Purchases in the Previous Billing Period to determine the daily periodic Finance Charges, and adding together those daily periodic Finance Charges for each day in the Previous Billing Period. However, there is a minimum periodic FINANCE CHARGE of $1.50 for a billing period in which a periodic Finance Charge is assessed. The periodic Finance Charges will be determined separately for charges incurred under any Special Payment Plan in accordance with the terms established for such Special Payment Plan. *You understand and acknowledge that this Account provides for the daily compounding of periodic Finance Charges.*

B. To calculate the Daily Balance of Purchases in the Current Billing Period, we take the beginning Daily Balance of Purchases in your Account each day in the Current Billing Period, add any new Purchases, fees (other than Transaction Fees for Cash Advances), debt cancellation fees, or credit insurance premiums assessed that day. We also add other debits assessed that day, and subtract any payments or credits issued on that day, allocated to the Purchase balance. We then multiply this Daily Balance of Purchases by the Periodic Rate for the Current Billing Period and add the daily periodic Finance Charge to the ending Daily Balance of Purchases to determine the beginning Daily Balance of Purchases for the next day. To calculate the Daily Balance of Cash Advances in the Current Billing Period, we take the beginning Daily Balance of Cash Advances in your Account each day in the Current Billing Period; add any new Cash Advances or Transaction Fees for Cash Advances assessed that day. We also add other debits assessed that day, and subtract any payments or credits issued on that day, allocated to the Cash Advance balance. We then multiply this Daily Balance of Cash Advances by the Periodic Rate for the Current Billing Period and add the daily periodic Finance Charge to the ending Daily Balance of Cash Advances to determine the beginning Daily Balance of Cash Advances for the next day. To calculate the Daily Balance of new Purchases in the Previous Billing Period, we take the beginning Daily Balance of new Purchases in your Account each day in the Previous Billing Period, and add any new Purchases that day. We also add other debits assessed that day, and subtract any payments or credits issued on that day, allocated to the balance of new Purchases. We then multiply this Daily Balance of new Purchases by the Periodic Rate for the Current Billing Period and add the daily periodic Finance Charge to the ending Daily Balance of new Purchases to determine the beginning Daily Balance of new Purchases for the next day. Any Daily Balance of less than zero will be treated as zero. Purchases and Cash Advances are included in the Daily Balance of your Account as of the transaction date or, at our option, as of the date the transaction is posted to your Account. You can determine the finance charge by (1) multiplying each average daily balance shown on the front of the statement for Current Billing Period Purchases, Previous Billing Period Purchases and Cash Advances by the appropriate number of days in the billing period; (2) multiplying each of the results by the applicable periodic rate; and (3) adding these results together.

C. Purchases and Cash Advances begin to accrue periodic Finance Charges from the day the charge is included in the Daily Balance of the Account and continue to accrue finance charges until the charge is paid in full. However, you can avoid periodic Finance Charges on new Purchases in the Current Billing Period if for each billing period you pay your New Balance, including any Cash Advance balance and any balance of Purchases made under any Special Payment Plan, in full on or before the Payment Due Date for such billing period. There is no period within which you can avoid periodic Finance Charges on Cash Advances or Transaction Fees for Cash Advances.

Notice: Please refer to the front page(s) of your statement for the name of the owner and servicer of your account.

OHBKS302 - 3 - 0840/07

## introducing the Go Green Giveaway.



Using your CareCredit card is a winning choice. You can give the green light to treatment you want now, and get chances to win green prizes, too.

| 1. | 2. | 3. |
|---|---|---|
| Enter for a chance to win one of 4 amazing eco-friendly trips by using your card between July 1 and September 15, 2008. | Be one of the first 1,000 to sign up for paperless statements and receive an eco-fashionable shopper tote. Trees say thanks! | Go to CareCredit.com/gogreen today for all the details. Green looks so good on you. |

- Over 100,000 providers nationwide in Dental, Veterinary, Cosmetic, Vision, Chiropractic, Hearing, and more.
- So many choices: Use your card for deductibles, co-pays, needed care or elective treatment for you and your whole family.

CareCredit is a division of GE Money Bank

No Purchase Necessary to enter the Go Green Giveaway. Void where prohibited. Open to legal U.S. residents who are 18 years of age or older as of date of entry who are CareCredit credit card cardholders in good standing as of 6/30/08. Starts 12:01 AM ET on 7/1/08 and ends 11:59 PM ET on 9/15/08. For complete rules, visit CareCredit.com/gogreen. Sponsored by GE Money. If you would like to be removed from future Sweepstakes mailings, please visit CareCredit.com/gogreen.

Dental care • Veterinary care • Vision care • Cosmetic surgery • Chiropractic care • Braces
Teeth whitening • Lasik surgery • Hearing aids • Hair replacement • Laser hair removal
Weight loss programs • Deductible and co-payments • And much more!

CareCredit        6019 1803 9162 4446        WENDY E FLEISCHMANN
Statement Date 07/14/2008

FINANCE CHARGE SUMMARY

| How Your FINANCE Was Calculated | Portion Of Average Average Daily Balance | Computed on Average Daily Balance | Daily (D) Periodic | Corresponding Annual Percentage Rate | FINANCE CHARGE | FINANCE CHARGE |
|---|---|---|---|---|---|---|
| Purchases | $.01 AND ABOVE | 0.00 | 0.06022% (D) | 21.98% | 0.00 | 0.00 |
| With Pay Deferred Interest | | 3,628.32 | 0.06022% (D) | 21.98% | 0.00 | 0.00 |

| ANNUAL PERCENTAGE RATE | -Purchases  21.98% | Total Periodic FINANCE CHARGE | 0.00 |
|---|---|---|---|

CARDHOLDER NEWS
YOUR PERIODIC RATE AND ANNUAL PERCENTAGE RATE MAY VARY.

In order to protect your account privacy, we are unable to provide account information to anyone other than the cardholder(s) or an authorized party. If you wish to permit us to speak to an authorized party such as a spouse about your account, please send written authorization to the General Inquiries address.

Remember you can count on CareCredit again and again to look and feel your best for you and your entire family. With 75,000 providers nationwide and flexible payment plans available, there's nothing stopping you. There are so many ways to use CareCredit, and all of them can help you achieve a healthier, happier you. Dental treatments to help you light up a room with your smile, LASIK surgery and vision care so you'll always have a clear perspective and cosmetic procedures to enhance your natural beauty. And remember, you can always count on CareCredit for your pets - for great care without compromise.

CALL 1-866-893-7864 TO FIND A PROVIDER NEAR YOU! CARECREDIT...HEALTHCARE FINANCING ON YOUR TERMS.

*Valid on purchases made on CareCredit account. A $300 minimum purchase amount is required for plans longer than 3 months. On promo purchase, monthly payments required, but no finance charges will be assessed if (1) promo purchase paid in full in 3, 6, 12 or 18 months, (2) any minimum monthly payments on account paid when due, and (3) account balance does not exceed credit limit. Otherwise, promo may be terminated & finance charges assessed from purchase date. On promotions requiring a minimum payment, payments over the minimum will usually be applied to those promo balances before non-promo and other balances. If you have a non-promo balance, this may reduce the benefit from the promo. If you want to change this allocation, please call Customer Service. Standard terms apply to non-promo purchases, optional charges & existing accounts. As of 2/6/08, variable APRs: 21.98% & on all accounts in default, 26.99%. Minimum Finance Charge $1.50. Subject to approval by GE Money Bank. Not all plans available in all offices. Please check with your provider for availability.

5502  8808 JXG      2    7 14  880716       PAGE 2 of 3        9072 8308 C685 018K5502              6779

**EXHIBIT 3**

12:07 PM
02/20/12
Accrual Basis

## Ellen's Personal Data
### Find Report
All Transactions

| Type | Date | Num | Name | Memo | Split | Clr | Account | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| Deposit | 8/17/2009 | | Care Credit | erroneous charge | EF Chase ch... | | Reimbur. | | 133.00 | -133.00 |
| Check | 8/10/2009 | eft | Care Credit | auto payment -- WRON... | CareCredit | X | EF Chase checking | 133.00 | 133.00 | -285.00 |
| Check | 8/10/2009 | eft | Care Credit | auto payment -- WRON... | CareCredit | X | CareCredit | | | -133.00 |
| Check | 7/16/2009 | eft | Care Credit | payoff balance! | CareCredit | X | EF Chase checking | 2,667.66 | 2,667.66 | -2,900.66 |
| Check | 7/16/2009 | eft | Care Credit | payoff balance! | CareCredit | X | CareCredit | | | -133.00 |
| Check | 7/9/2009 | eft | Care Credit | | CareCredit | X | EF Chase checking | 120.00 | 120.00 | -253.00 |
| Check | 7/9/2009 | eft | Care Credit | | CareCredit | X | CareCredit | | | -133.00 |
| Check | 6/8/2009 | eft | Care Credit | | CareCredit | X | EF Chase checking | 120.00 | 120.00 | -253.00 |
| Check | 6/8/2009 | eft | Care Credit | | CareCredit | X | CareCredit | | | -133.00 |
| Check | 5/11/2009 | eft | Care Credit | | CareCredit | X | EF Chase checking | 120.00 | 120.00 | -253.00 |
| Check | 5/11/2009 | eft | Care Credit | | CareCredit | X | CareCredit | | | -133.00 |
| Check | 4/8/2009 | eft | Care Credit | | CareCredit | X | EF Chase checking | 120.00 | 120.00 | -253.00 |
| Check | 4/8/2009 | eft | Care Credit | | CareCredit | X | CareCredit | | | -133.00 |
| Check | 3/13/2009 | eft | Care Credit | | CareCredit | X | EF Chase checking | 120.00 | 120.00 | -253.00 |
| Check | 3/13/2009 | eft | Care Credit | | CareCredit | X | CareCredit | | | -133.00 |
| Check | 2/9/2009 | eft | Care Credit | | CareCredit | X | EF Chase checking | 120.00 | 120.00 | -253.00 |
| Check | 2/9/2009 | eft | Care Credit | | CareCredit | X | CareCredit | | | -133.00 |
| Check | 1/8/2009 | eft | Care Credit | | CareCredit | X | EF Chase checking | 120.00 | 120.00 | -253.00 |
| Check | 1/8/2009 | eft | Care Credit | | CareCredit | X | CareCredit | | | -133.00 |
| Check | 1/3/2009 | eft | Care Credit | | CareCredit | X | EF Chase checking | 120.00 | 120.00 | -253.00 |
| Check | 12/10/2008 | eft | Care Credit | | CareCredit | X | CareCredit | | | -133.00 |
| Check | 12/10/2008 | eft | Care Credit | | CareCredit | X | EF Chase checking | 120.00 | 120.00 | -253.00 |
| Check | 11/10/2008 | eft | Care Credit | | CareCredit | X | CareCredit | | | -133.00 |
| Check | 11/10/2008 | eft | Care Credit | | CareCredit | X | EF Chase checking | 120.00 | 120.00 | -253.00 |
| Check | 10/9/2008 | eft | Care Credit | | CareCredit | X | CareCredit | | | -133.00 |
| Check | 10/9/2008 | eft | Care Credit | | CareCredit | X | EF Chase checking | 120.00 | 120.00 | -250.00 |
| Check | 9/10/2008 | eft | Care Credit | | CareCredit | X | CareCredit | | | -133.00 |
| Check | 9/10/2008 | eft | Care Credit | | CareCredit | X | EF Chase checking | 117.00 | 117.00 | -253.00 |
| Check | 8/11/2008 | eft | Care Credit | | CareCredit | X | EF Chase checking | 120.00 | 120.00 | -133.00 |
| Check | 8/11/2008 | eft | Care Credit | | CareCredit | X | CareCredit | | | -133.00 |
| **Total** | | | | | | | | **4,237.66** | **4,370.66** | **-133.00** |

EXHIBIT 4

Gmail - Case 2:12-cv-08032-DDP-FMO Document 23   Filed 12/17/12   Page 28 of 63   Page ID #:389

Gmail  Calendar  Documents  Reader  Web  more ▼

OE          Search Mail    Search the Web

Mail
Contacts
Tasks

Compose mail
Inbox (932)
Buzz
Sent Mail
Drafts (40)
Bar Mitzvah
Crown Capital Sec
Divorce (16)
Family (1)
Kadima
47 more▼

Chat
Search, add, or invite

**Your Auto Payment cancellation request has been received**

Go.OnlineService@pg.com to me                           show details 8/12/09    Reply

We received your request to turn the auto payment feature off.

Your auto payment amount is  $0.00.

When auto-pay is turned off, your bill is no longer paid automatically from a checking or savings account. If your
account has a "Minimum Payment Due", you may still need to make a regular payment.

This email is generated automatically, and is not monitored for responses. If you have any questions about using this
service, please contact us at the telephone number located on your monthly statement or the back of your card.

Reply    Forward

Buy Here Pay Car Lots
www.CarLeasingSecrets.com - $100 monthly no-money down specials 2010 early lease termination option

**EXHIBIT 5**



| Credit Minimum | Past Due | Payment | New | Account Number |
|---|---|---|---|---|
| $90.00 | $75.00 | 03/09/2010 | $317.24 | 6019 1803 9162 4448 |

Fill in Amount Completely: $ ☐ ☐ ☐ ☐ . ☐ ☐

Payment due includes $75.00 past due. Please pay the past due amount PROMPTLY.

☐ New address or e-mail? Check the box at left and print changes on back

WENDY E FLEISCHMANN
7926 ROYER AVE
WEST HILLS CA 91304-4533

18002

Mail Payments to: GE MONEY BANK
PO BOX 960061
ORLANDO, FL 32896-0061

00090000013300 00090000031724 000601918 0391624 44862

Pay online at www.gemoney.com or enclose this coupon with your check to GE MONEY BANK. Please use blue or black ink.

CARECREDIT/GEMB

GE Money

Pay online for free at: **www.gemoney.com**

For customer service or to report your card lost or stolen, call **1-866-893-7864**. Best times to call are Wednesday - Friday.

## ACCOUNT INFORMATION

| | |
|---|---|
| Account Number | 6019 1803 9162 4448 |
| Statement Date | 02/14/2010 |
| Payment Due Date | 03/09/2010 |
| Minimum Payment This Period | $15.00 |
| Amount Past Due | $75.00 |
| Total Minimum Payment Due | $90.00 |
| Days This Period | 31 |

**PAYMENT DUE BY 5 P.M. EASTERN ON THE DUE DATE**
We may convert your payment into an electronic debit.
See reverse side.

## BALANCE SUMMARY

| | | |
|---|---|---|
| | Previous Balance | $271.43 |
| + | New Purchases / Balance Transfers | $0.00 |
| - | Payments | $0.00 |
| +/- | Credits, Fees & Adjustments (net) | $39.99 |
| +/- | FINANCE CHARGE / Transaction Fees (net) | $5.82 |
| = | New Balance | $317.24 |
| | Credit Limit | $6,000.00 |
| | Available Credit | $0.00 |

## ACCOUNT ACTIVITY

| Tran Date | Post Date | Reference Number | Description | Amount |
|---|---|---|---|---|
| 02/06/2010 | 02/06/2010 | | LATE FEE | $39.99 |
| 02/14/2010 | 02/14/2010 | | *FINANCE CHARGE* | $5.82 |

## FINANCE CHARGE SUMMARY

| How Your FINANCE CHARGE Was Calculated | Computed on Average Daily Principal Balance | Daily (D) Periodic Rate | Corresponding Annual Percentage Rate | Periodic FINANCE CHARGE |
|---|---|---|---|---|
| Purchases | $285.76 | 0.06573% (D) | 23.99% | $5.82 |
| ANNUAL PERCENTAGE RATE - Purchases | 23.990% | Total Periodic FINANCE CHARGE | | $5.82 |

## CARDHOLDER NEWS

If you have variable periodic and annual percentage rates, the rates will vary with the market based on the prime rate.

In order to protect your account privacy, we are unable to provide account information to anyone other than the cardholder(s) or an authorized party. If you wish to permit us to speak to an authorized party such as a spouse about your account, please send written authorization to the General Inquiries address.

Please note that new credit card regulations direct how payments, in excess of the minimum payment due on your account, must be allocated. Therefore, when your account has a promotional balance, the method used to allocate payments on your account may be different than how it was allocated in the past.

Billing Rights Summary. In Case of Errors or Questions About Your Bill: If you think your bill is wrong, or if you need more information about a transaction on your bill, write to us on a separate sheet at: Billing Inquiries - P.O Box 981438, El Paso TX 79998-1438, as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information: (a) Your name and account number, (b) The dollar amount of the suspected error, (c) Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

Special Rule for Credit Purchases: If you have a problem with the quality of goods or services that you purchased with a credit card and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant or if we mailed you the advertisement for the property or service, all purchases are covered regardless of the amount or location of purchase).

Credit Reports and Account Information: If you believe that we have reported inaccurate information about you to a credit bureau, please write to us at P.O. Box 981439, El Paso, TX 79998-1439. In doing so, please identify the inaccurate information and tell us why you believe it is incorrect. If you have a copy of the credit report that includes the inaccurate information, please send a copy of that report to us as well.

Use of Information About You and Your Account: Our Privacy Policy describes our collection and disclosure of information about you and your Account. If you would like another copy of the Privacy Policy, please call our toll-free Privacy service number, (877) 905-7097.

This is an attempt to collect a debt and any information obtained will be used for that purpose.

Credit Bureau Reporting: We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

Payments: You may at any time pay the entire balance (the "New Balance") in full or more than the "Total Minimum Payment" shown on the front of this statement, but you must pay at least the Total Minimum Payment. Payments received by 5:00 p.m. at the address shown on the front of this statement for receipt of payments will be credited as of the date received. Conditional Payments: Any check or payment instrument in an amount less than the full amount due that you send us marked as "PAID IN FULL", or you otherwise tender as full satisfaction of a disputed amount, must be sent to us at the BILLING RIGHTS SUMMARY address shown above and NOT the "Payments" address shown on the front of this statement for your undisputed amounts. If you make a payment at a location other than the address shown on the front of this statement for receipt of payments, crediting that payment to your account may be delayed up to five days. Credit to your Account may be delayed up to five days if payment is: (a) not received at the Payment Address, (b) is not made in U.S. dollars drawn on a U.S. financial institution located in the U.S., (c) is not accompanied by the top portion of your statement, (d) contains more than one payment or coupon, (e) is not received in the remittance envelope provided or (f) includes staples, paper clips, tape, or correspondence of any type. We reserve the right to select the method by which payments and credits are allocated to your Account in our sole discretion. The payment allocation method that we use may result in higher Finance Charges on your Account, depending on the types of transactions you make (such as promotional or non-promotional purchases), and the timing and amount of your payments. For example, on promotions requiring Minimum Payments, payments over the minimum will usually be applied to those promotional balances before non-promotional and other balances. If you have a non-promotional balance, this may reduce the benefit from the promotion. If you want to change this allocation, please call Customer Service.

If you file bankruptcy you must send us notice, including account number and all information related to the proceeding to the following address, GE Money Bank, Attn: Bankruptcy Dept, P.O. Box 103106, Roswell, GA 30076.

Periodic Finance Charges

A.    We calculate the periodic Finance Charge separately for Purchases and Cash Advances. The Annual Percentage Rate may sometimes be referred to as "APR". For each billing period in which a periodic Finance Charge is

imposed, the amount of the Finance Charge is the total of the amount of the Finance Charge for each billing period. To calculate that amount, we apply the applicable daily periodic rate ("Periodic Rate") in effect during that billing period to the balance subject to periodic Finance Charges for each day in the billing period, and adding together all of those daily Finance Charge amounts. A minimum FINANCE CHARGE of up to $2.00 will be imposed for each billing period in which your Account is subject to a Finance Charge.

B.    The periodic Finance Charges will be determined separately for charges incurred under any Special Payment Plan in accordance with the terms established for each Special Payment Plan. You understand and acknowledge that this Account provides for the daily compounding of periodic Finance Charges.

Balance Subject to Periodic Finance Charges.    The balance subject to a periodic Finance Charge is calculated separately for Purchases and Cash Advances.

A.    The Purchase Balance subject to a periodic Finance Charge is the Purchase Daily Balance of the Account. To determine the Purchase Daily Balance, we take the prior day's Purchase Balance of your Account, which includes unpaid periodic Finance Charges on your Purchase Balance, and add any new Purchases, including any Balance Transfers that are treated as Purchases, and other debits charged to your Account that day, and subtract any payments and other credits applied to your Purchase Balance that day. Each day we also add any periodic Finance Charges on your Purchase Balance and other Finance Charges and fees (other than Transaction Fees for Cash Advances), including any debt cancellation fees, assessed that day on your Account. This gives us the Purchase Daily Balance of the Account. Any Purchase Daily Balance of less than zero will be treated as zero.

B.    The Cash Advance Balance subject to a periodic Finance Charge is the Cash Advance Daily Balance of the Account. To determine the Cash Advance Daily Balance, we take the prior day's Cash Advance Balance of your Account, which includes any unpaid periodic Finance Charges on your Cash Advance Balance, and add any new Cash Advances, including any Balance Transfers that are treated as Cash Advances, Transaction Fees for Cash Advances and periodic Finance Charges on your Cash Advance Balance for that day and subtract payments and other credits applied to your Cash Advance Balance that day. This gives us the Cash Advance Daily Balance of the Account. Any Cash Advance Daily Balance of less than zero will be treated as zero.

C.    You can determine the periodic Finance Charge by (i) multiplying each average daily balance shown on the front of the Statement for Purchases and Cash Advances by the appropriate number of days in the billing period; (ii) multiplying each of the results by the applicable periodic rate; and (iii) adding these results together.

When Periodic Finance Charges Begin to Accrue.    Purchases and Cash Advances begin to accrue periodic Finance Charges from the date of the transaction (or, at our option, from the date they are posted to your Account) and continue to accrue Finance Charges until the charge is paid in full. However, you can avoid periodic Finance Charges on new Purchases if for each billing period you pay your New Balance, including any Cash Advance balance and any balance of Purchases made under any Special Payment Plan, in full on or before the Payment Due Date for such billing period. There is no period within which you can avoid periodic Finance Charges on Cash Advances or Transaction Fees for Cash Advances.

PROMOTIONAL SUMMARY (a).  See Description Box and Total Minimum Payment due for required payment information.
Deferred Interest – to avoid deferred FINANCE CHARGE, purchase must be paid in full by Expiration Date.
Fixed Payment – FINANCE CHARGE billed monthly.
Reduced APR – FINANCE CHARGE at a lower rate applied to promo purchase balance until Expiration Date.
Equal Payment – No FINANCE CHARGE applies until promo paid in full.
No Interest – No FINANCE CHARGE billed or accrued during the promo period.

Hearing Impaired TDD users call 1-877-448-8512

Notice: Please refer to the front page(s) of your statement for the name of the owner and servicer of your account.

O4EKS302 - 6 - 04/15/09

* Valid on purchases of $300 or more on your CareCredit consumer credit card account. On promo purchase, monthly payments required, but no finance charges will be assessed if (1) promo purchase paid in full in 3, 6, 12 or 18 months, (2) any minimum monthly payments on account paid when due, and (3) account balance does not exceed credit limit. Otherwise, promo may be terminated & finance charges assessed from purchase date. On promotions requiring a minimum payment, payments over the minimum will usually be applied to those promo balances before non-promo and other balances. If you have a non-promo balance, this may reduce the benefit from the promo. If you want to change this allocation, please call Customer Service. Standard terms apply to non-promo purchases, optional charges & existing accounts. See your terms and conditions for important account information. Subject to approval by GE Money Bank. Not all plans available in all offices. Please check with your provider for availability.

PAYMENT DUE BY 5 P.M. EASTERN ON THE DUE DATE.
You may choose not to have your payment collected electronically by sending your payment (with the payment stub), in your own envelope - not the enclosed windowed envelope, addressed to: SF OPT OUT, PO BOX 530960, Atlanta, GA 30353-0960 and not the Payment Address.

| GENERAL CORRESPONDENCE: | MAIL PAYMENT TO: | BILLING INQUIRIES: | OVERNIGHT PAYMENT: |
|---|---|---|---|
| Send inquiries (not payments), including your account number to: | GE MONEY BANK | GE MONEY BANK | Payment cannot be made in person. Mailing address only: |
|  | PO BOX 980061 | PO BOX 981438 |  |
| GE MONEY BANK | ORLANDO, FL 32896-0061 | EL PASO, TX 79998-1438 | GE MONEY BANK |
| PO BOX 981127 |  |  | 140 WEKIVA SPRINGS ROAD |
| EL PASO, TX 79998-1127 |  |  | LONGWOOD, FL 32779 |



| Total Minimum | Past Due | Payment | Now | Account Number |
|---|---|---|---|---|
| $45.00 | $30.00 | 12/07/2009 | $202.23 | 6019 1803 9162 4448 |

Fill in Amount Completely: $ ☐☐☐☐☐ . ☐☐

Payment due includes $30.00 past due.  Please pay the past due amount PROMPTLY.

☐ New address or e-mail?
Check the box at left and
print changes on back

WENDY E FLEISCHMANN
7926 ROYER AVE
WEST HILLS CA 91304-4533                    104806

Mail Payments to:  GE MONEY BANK
PO BOX 960061
ORLANDO, FL 32896-0061

0004 5000013300 000450000020223  000601918 0393624 44862

Pay online at www.gemoney.com or enclose this coupon with your check to GE MONEY BANK.  Please use blue or black ink.

1-2

CARECREDIT/GEMB                                        GE Money

Pay online for free at: www.gemoney.com
For customer service or to report your card lost or stolen, call 1-866-893-7864.  Best times to call are Wednesday - Friday.

## ACCOUNT INFORMATION

| | |
|---|---|
| Account Number | 6019 1803 9162 4448 |
| Statement Date | 11/14/2009 |
| Payment Due Date | 12/07/2009 |
| Minimum Payment This Period | $15.00 |
| Amount Past Due | $30.00 |
| Total Minimum Payment Due | $45.00 |
| Days This Period | 31 |

**PAYMENT DUE BY 5 P.M. EASTERN ON THE DUE DATE**
We may convert your payment into an electronic debit.
See reverse side.

## BALANCE SUMMARY

| | | |
|---|---|---|
| | Previous Balance | $168.59 |
| + | New Purchases / Balance Transfers | $0.00 |
| − | Payments | |
| +/− | Credits, Fees & Adjustments (net) | $29.99 |
| +/− | FINANCE CHARGE / Transaction Fees (net) | $3.65 |
| = | New Balance | $202.23 |
| | Credit Limit | $6,000.00 |
| | Available Credit | $5,797.00 |

## ACCOUNT ACTIVITY

| Tran Date | Post Date | Reference Number | Description | Amount |
|---|---|---|---|---|
| 11/06/2009 | 11/06/2009 | | LATE FEE | $29.99 |
| 11/14/2009 | 11/14/2009 | | "FINANCE CHARGE" | $3.65 |

## FINANCE CHARGE SUMMARY

| How Your FINANCE CHARGE Was Calculated | Computed on Average Daily Principal Balance | Daily (D) Periodic Rate | Corresponding Annual Percentage Rate | Periodic FINANCE CHARGE |
|---|---|---|---|---|
| Purchases | $178.98 | 0.06573% (D) | 23.99% | $3.65 |
| ANNUAL PERCENTAGE RATE   ·Purchases | | 23.990% | Total Periodic FINANCE CHARGE | $3.65 |

## CARDHOLDER NEWS

IMPORTANT CHANGES TO YOUR ACCOUNT

The Delinquency Rate as specified in your Account terms will apply to your account effective 01/15/2010.  If you have Promotional Balance(s), the promotional terms will be permanently terminated on either your original Promotional Expiration Date or 01/15/2010, whichever is earlier.  These changes are a result of late payments.  The Delinquency Rate will apply indefinitely unless you make required payments by the payment due date for twelve consecutive billing cycles after the effective date. If your promotional terms are terminated, any deferred Finance Charges will be added to your account balance and standard account terms will apply.

You can avoid both the Delinquency Rate being applied to your account and the premature termination of your promotional terms by calling us at 1-866-330-6120 to close your account prior to the effective date.

In order to protect your account privacy, we are unable to provide account information to anyone other than the cardholder(s) or an authorized party.  If you wish to permit us to speak to an authorized party such as a spouse about your account, please send written authorization to the General Inquiries address.

**Billing Rights Summary: In Case of Errors or Questions About Your Bill:**
If you think your bill is wrong, or if you need more information about a transaction on your bill, write to us on a separate sheet at: Billing Inquiries -P.O Box 981438, El Paso TX 79998-1438, as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information: (a) Your name and account number, (b) The dollar amount of the suspected error, (c) Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**Special Rule for Credit Purchases:** If you have a problem with the quality of goods or services that you purchased with a credit card and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant or if we mailed you the advertisement for the property or service, all purchases are covered regardless of the amount or location of purchase).

**Credit Reports and Account Information:** If you believe that we have reported inaccurate information about you to a credit bureau, please write to us at P.O. Box 981439, El Paso, TX 79998-1439. In doing so, please identify the inaccurate information and tell us why you believe it is incorrect. If you have a copy of the credit report that includes the inaccurate information, please send a copy of that report to us as well.

**Use of Information About You and Your Account:** Our Privacy Policy describes our collection and disclosure of information about you and your Account. If you would like another copy of the Privacy Policy, please call our toll-free Privacy service number, (877) 905-2097.

This is an attempt to collect a debt and any information obtained will be used for that purpose.

**Credit Bureau Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

**Payments:** You may at any time pay the entire balance (the "New Balance") in full or more than the Total Minimum Payment shown on the front of this statement, but you must pay at least the Total Minimum Payment. Payments received by 5:00 p.m. at the address shown on the front of this statement for receipt of payments will be credited as of the date received. Conditional Payments: Any check or payment instrument in an amount less than the full amount due that you send us marked as "PAID IN FULL", or you otherwise tender as full satisfaction of a disputed amount, must be sent to us at the BILLING RIGHTS SUMMARY address shown above and NOT the "Payments" address shown on the front of this statement for your undisputed amounts. If you make a payment at a location other than the address shown on the front of this statement for receipt of payments, crediting that payment to your Account may be delayed up to five days. Credit to your Account may be delayed up to five days if payment or (c) is not received at the Payment Address, (b) is not made in U.S. dollars drawn on a U.S. financial institution located in the U.S., (c) is not accompanied by the top portion of your statement, (d) contains more than one payment or coupon, (e) is not received in the remittance envelope provided or (f) includes staples, paper clips, tape, or correspondence of any type. We reserve the right to select the method by which payments and credits are allocated to your Account in our sole discretion. The payment allocation method that we use may result in higher Finance Charges on your Account, depending on the types of transactions you make (such as promotional or non-promotional purchases), and the timing and amount of your payments. For example, on promotions requiring Minimum Payments, payments over the minimum will usually be applied to those promotional balances before non-promotional and other balances. If you have a non-promotional balance, this may reduce the benefit from the promotion. If you want to change this allocation, please call Customer Service.

If you file bankruptcy you must send us notice, including account number and all information related to the proceeding to the following address, GE Money Bank, Attn: Bankruptcy Dept, P.O. Box 103106, Roswell, GA 30076.

**Periodic Finance Charges**

A. We calculate the periodic Finance Charge separately for Purchases and Cash Advances. The Annual Percentage Rate may sometimes be referred to as "APR". For each billing period in which a periodic Finance Charge is

imposed, the amount of the Finance Charge is the total of the amount of the periodic Finance Charges calculated during that billing period. The periodic Finance Charges are calculated by multiplying a daily periodic rate (the "Periodic Rate") in effect during that billing period to the balance subject to periodic Finance Charges for each day in the billing period, and adding together all of those daily Finance Charge amounts. A minimum FINANCE CHARGE of up to $2.00 will be imposed for each billing period in which your Account is subject to a Finance Charge.

B. The periodic Finance Charges will be determined separately for charges incurred under any Special Payment Plan in accordance with the terms established for such Special Payment Plan. *You understand and acknowledge that this Account provides for the daily compounding of periodic Finance Charges.*

**Balance Subject to Periodic Finance Charges.** The balance subject to a periodic Finance Charge is calculated separately for Purchases and Cash Advances.

A. The Purchase Balance subject to a periodic Finance Charge is the Purchase Daily Balance of the Account. To determine the Purchase Daily Balance, we take the prior day's Purchase Balance of your Account, which includes unpaid periodic Finance Charges on those Purchase Balance, and add any new Purchases, including any Balance Transfers that are treated as Purchases, and other debits charged to your Account that day, and subtract any payments and other credits applied to your Purchase Balance that day. Each day we also add any periodic Finance Charges on your Purchase Balance and other Finance Charges and Fees (other than Transaction Fees for Cash Advances), including any debt cancellation fees, assessed that day on your Account. This gives us the Purchase Daily Balance of the Account. Any Purchase Daily Balance of less than zero will be treated as zero.

B. The Cash Advance Balance subject to a periodic Finance Charge is the Cash Advance Daily Balance of the Account. To determine the Cash Advance Daily Balance, we take the prior day's Cash Advance Balance of your Account, which includes any unpaid periodic Finance Charges on your Cash Advance Balance, and add any new Cash Advances, including any Balance Transfers that are treated as Cash Advances, Transaction Fees for Cash Advances and periodic Finance Charges on your Cash Advance Balance for that day and subtract payments and other credits applied to your Cash Advance Balance that day. This gives us the Cash Advance Daily Balance of the Account. Any Cash Advance Daily Balance of less than zero will be treated as zero.

C. You can determine the periodic Finance Charge by (i) multiplying each average daily balance shown on the front of the Statement for Purchases and Cash Advances by the appropriate number of days in the billing period; (ii) multiplying each of the results by the applicable periodic rate; and (iii) adding these results together.

**When Periodic Finance Charges Begin to Accrue.** Purchases and Cash Advances begin to accrue periodic Finance Charges from the date of the transaction (or, at our option, from the date they are posted to your Account) and continue to accrue Finance Charges until the charge is paid in full. However, you can avoid periodic Finance Charges on new Purchases if for each billing period you pay your New Balance, including any Cash Advance balance and any balance of Purchases made under any Special Payment Plan, in full on or before the Payment Due Date for such billing period. There is no period within which you can avoid periodic Finance Charges on Cash Advances or Transaction Fees for Cash Advances.

**PROMOTIONAL SUMMARY (A).** See Description Box and Total Minimum Payment due for required payment information.
Deferred Interest – to avoid deferred FINANCE CHARGE, purchase must be paid in full by Expiration Date.
Fixed Payment – FINANCE CHARGE billed monthly.
Reduced APR – FINANCE CHARGE at a lower rate applied to promo purchase balance until Expiration Date.
Equal Payment – Any FINANCE CHARGE applies until promo paid in full.
No Interest – No FINANCE CHARGE billed or accrued during the promo period.

Hearing Impaired TDD users call 1-877-448-8512

Notice: Please refer to the front page(s) of your statement for the name of the owner and servicer of your account.

O1EK5302 - 6 - 04/15/09

---

* Valid on purchases of $300 or more on your Care Credit consumer credit card account. On promo purchase, monthly payments required, but no finance charges will be assessed if (1) promo purchase paid in full in 3, 6, 12 or 18 months, (2) any minimum monthly payments on account paid when due, and (3) account balance does not exceed credit limit. Otherwise, promo may be terminated & finance charges assessed from purchase date. On promotions requiring a minimum payment, payments over the minimum will usually be applied to those promo balances before non-promo and other balances. If you have a non-promo balance, this may reduce the benefit from the promo. If you want to change this allocation, please call Customer Service. Standard terms apply to non-promo purchases, optional charges & existing accounts. See your terms and conditions for important account information. Subject to approval by GE Money Bank. Not all plans available in all offices. Please check with your provider for availability.

**PAYMENT DUE BY 5 P.M. EASTERN ON THE DUE DATE.**
**You may choose not to have your payment collected electronically by sending your payment (with the payment stub), in your own envelope - not the enclosed windowed envelope, addressed to: SF OPT OUT, PO BOX 530960, Atlanta, GA 30353-0960 and not the Payment Address.**

| GENERAL CORRESPONDENCE: | MAIL PAYMENT TO: | BILLING INQUIRIES: | OVERNIGHT PAYMENT: |
|---|---|---|---|
| *Send inquires (not payments), including your account number to:* | GE MONEY BANK PO BOX 960061 ORLANDO, FL 32896-0061 | GE MONEY BANK PO BOX 981438 EL PASO, TX 79998-1438 | *Payment cannot be made in person. Mailing address only:* |
| GE MONEY BANK PO BOX 981127 EL PASO, TX 79998-1127 | | | GE MONEY BANK 140 WEKIVA SPRINGS ROAD LONGWOOD, FL 32779 |

**EXHIBIT 6**

Case 2:12-cv-08032-DDP-FMO   Document 23   Filed 12/17/12   Page 35 of 63   Page ID #:396

# GE Money Bank

Controlled Disbursement
Bank of America, N.A.
Atlanta, Cobb County, Georgia

04-1278
811 SA

CHECK 4926713

DATE    Aug. 14, 2009

AMOUNT
$ 133.00

PAY     ONE HUNDRED THIRTY THREE DOLLARS &   NO CENTS

Pay to the   WENDY E FLEISCHMANN
order of:

AUTHORIZED SIGNATURE

⑈4926713⑈ ⑆061112788⑉ 329 977 2048⑈

**EXHIBIT 7**

W. Ellen Fleischmann
7926 Royer Ave
West Hills, CA 91304
818 710-1086

November 10, 2009

Attn: Payment Research
GE Money Bank
Box 981777
El Paso, TX 79915

Re: Account Number: 6019 1803 9162 4448

To Whom It May Concern:

The first error was yours. So were the second, third and fourth.

Error #1: I paid off my entire obligation to you in July, with a payment of $2667.66. In August, your auto-pay feature mistakenly debited my checking account $133, despite there being a zero-balance. You need to fix your software if you have not already done so.

Error #2: When I called your company, I was informed that it would take 10 working days to send me a hard-copy check. Unacceptable! You erroneously and electronically debited my checking account, and I was to wait two weeks? Was I being given interest for lending my money to you for two weeks? The very perfidy of this policy is absolutely unconscionable. How do you people get away with this? Fortunately, my bank was precluded from this tradition of piracy. They credited my checking account the $133 within two days. Now we were even. Or so I thought.

Error #3: Two weeks later, I received your check number 4926713, dated August 14 (enclosed). Confused as to how to proceed, I NEVER CASHED THE CHECK.

Error #4: I receive a dunning call yesterday. When I inquire as to why I have ANY balance at all, I am told that I made a purchase of $133 in August. How can you assert that I owe you $133 — now with penalties to the tune of $198.58? Aren't you required by law to track when checks clear your bank, and to reconcile your statements? YOU'RE HOLDING THE UNCASHED CHECK IN YOUR HAND!

I want my account returned to its proper zero-balance immediately, and a memo to all three credit reporting agencies stating your error and demanding the removal of the "late payment" notices on my record. And I want written confirmation that all of this notification has been accomplished no later than November 30, 2009.

Despite your phone personnel's professional demeanor, I will NEVER recommend your company to anyone else. Better they should use a regular credit card and skip all this aggravation.

Rectify these errors immediately, please, or I will have my attorney contact you.

Thank you,

W. Ellen Fleischmann
Encl. Check #4926713, $133.00

EXHIBIT 8

P.O. Box 1962
Southgate, MI 48195-0962

**AlliedInterstate.** Inc.

3000 Corporate Exchange Dr.  Columbus, OH 43231
Toll Free (800)410-2940
Mon-Fri 8AM-9PM Sat 8AM-12PM

Balance: $202.00
Account #: XXXXXXXXXXX4448

Date: 11/14/2009

ITR/XXXXXXXXXXX4448/IT2  009 21375648   0003690/0011

Wendy E Fleischmann
7926 Royer Ave
West Hills, CA 91304-4533

Re: CARECREDIT
Creditor: GE Money Bank

Dear Wendy E Fleischmann:

The indicated account has been placed with this agency for collection.  It is our desire to assist you in this matter.  Please call to make arrangements to pay the balance stated below.

You now have the option to pay your balance online.  Please visit www.gemoney.com, a safe and secure website.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid.  If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification.  If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

We are a debt collector attempting to collect a debt and any information obtained will be used for that purpose.  Please note that if your financial institution rejects and returns your payments for any reason, a service fee - the maximum permitted by applicable law - may be added to your balance.

Sincerely,
Allied Interstate, Inc.
(800)410-2940

Notice: See reverse side for other important information

Consumers who reside in the states listed below are entitled to the notices specified below. The laws of other States and Federal Law, may provide the same, similar, or even greater rights to consumers.

**California:**
"The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practice Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They must not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov."

**Colorado:**
A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt. FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE WWW.AGO.STATE.CO.US/CADC/CADCMAIN.CFM.

**Maine:** Maine residents may contact our office by telephone at the number and office hours stated on the front of this letter.

**Massachusetts:**
Massachusetts residents may contact our office by telephone at the number, office hours and address stated on the front of this letter or to 5230 Washington St. West Roxbury, MA 02132

NOTICE OF IMPORTANT RIGHTS
YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY TEN DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO THE COLLECTION AGENCY.

**Minnesota:** This Collection Agency is licensed by the Minnesota Department of Commerce

**Tennessee:**

EXHIBIT 9

GE MONEY BANK
P.O. BOX 981127
EL PASO, TX  79998-1127

November 29, 2009

WENDY E FLEISCHMANN
7926 ROYER AVE
WEST HILLS CA 91304-4533

RE: CARECREDIT/GEMB
    Account Number Ending in: 4448

Dear Wendy E Fleischmann,

This is a notice regarding your delinquent account.

You have been sent several notices that your account is past due. You have failed to contact this office to discuss payment arrangements and efforts to reach you by telephone have been unsuccessful.

Failure to remit the amount past due immediately will force GE Money Bank to proceed with the appropriate action necessary to collect this debt.

You may call us toll free at: 1-800-399-5166. You have the option to pay your bill online. It is private and secure.

## Log-on to: GEMoney.com

        Mail payments to:

        GE Money Bank
        P.O. Box 960061
        Orlando, FL 32896-0061

Sincerely,

Collections Department

Note: This letter is an attempt to collect a debt and any information obtained will be used for that purpose.

Account is owned by GE Money Bank - Member FDIC

3332 7972 3580 3190 C9826 9333 FN0027110

**EXHIBIT 10**

2200 E Devon Ave Ste 200
Des Plaines IL 60018-4501
RETURN SERVICE REQUESTED



888-678-9004

October 5, 2010

Please send payments and correspondence to:
Asset Recovery Solutions, LLC
2200 E. Devon Ave  Ste 200
Des Plaines IL 60018-4501

388656-107      409667059

Wendy Fleischmann
7926 Royer Ave
West Hills CA 91304-4533

Original Creditor:  GE MONEY BANK / CARE CREDIT VISION
Current Creditor:  ASSET RECOVERY SOLUTIONS  LLC.
Account #:        6019180391624448
ID Number#:       388656
Total Current Balance: $418.45

***Please Detach Upper Portion and Return with Payment***

Original Creditor:  GE MONEY BANK / CARE CREDIT VISION
Current Creditor:  ASSET RECOVERY SOLUTIONS  LLC.
Account #:        6019180391624448
ID Number#:       388656
Total Current Balance:  $418.45

We would like to settle your debt for only 75% of your Total Current Balance listed above.

Settlement amount $313.84

To accept this offer, simply make sure that we receive the entire Settlement Amount on or before October 29 2010. If we receive the Settlement Amount on or before October 29  2010, and if your funds clear, we will consider your account to be settled in full and will stop all further collection efforts.  This offer expires on October 29 2010.

Failure to comply with the above mentioned terms will nullify the settlement agreements and the balance in full will be due at once.

We encourage you to call prior to making a payment intended to pay your account in full. Please contact us at 888-678-9004.

This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.

We are not obligated to renew this offer.

Notice to California Residents: As required by law, you are hereby notified that a negative credit agency report reflecting on your credit report may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations. But we will not submit a negative credit report to a credit reporting agency about this credit obligation until the expiration of the time period described in the notice on the front of this letter.

Sincerely,

Asset Recovery Solutions
888-678-9004, Ext. 270

1GNAREC01107

**EXHIBIT 11**

*Law Offices*
*Of*

# JEFFREY B. BOHRER

11024 Balboa Boulevard, PMB 200                        Telephone (818) 366-6900
Granada Hills, California 91344                          Facsimile  (818) 366-8914

January 14, 2011

Payment Research
GE Money Bank
P.O. Box 98177
El Paso, Texas

Re: Wendy E. Fleischmann (Acct. Number 6019 1803 9162 4448)

Greetings:

This office represents the above individual with regard to your **DIS**-regard of the Fair Credit Reporting Acts of the United States and the State of California.

In spite of Ms. Fleischmann's numerous attempts to "show you the error of your ways", you have continued to harass her regarding this "debt". Perhaps I can explain it to you in a manner that will actually get your attention.

This account was paid in full last July. The final payment of $2,667.66 is confirmed to have been received by you and negotiated. The balance at that point was -0- (*Z-E-R-O).*

The next month (August), you debited her account to the tune of $133.00. *THAT was your first mistake).*

This was the commencement of several calls by my client to your company, seeking to rectify the situation. You debited her account numerous times, each time resulting in Ms. Fleischmann's bank reversing the charge, only to have you *yahoos* re-debit the next month - this, in *spite* of your (empty) promises to rectify.

This situation is intolerable, such that Ms. Fleischmann has resorted to calling upon this office for assistance.

In light of the fact that your company is having difficulty with the term "nothing" or "zero", I have taken the liberty of translating the term in 10 languages for you, those being nada, nunca, nischd, intet, niets, mitte midagi, anyen, semmi sem and tidak ada. If the language you speak is not included herein, please be so kind as to contact this office - we will undertake all efforts to translate this letter into a language you can understand.

(...continued...)

(Letter to GE re Fleischmann: January 14, 2011; Page 2 of 2)

Now, yes, we know you are the 600 lb. Gorilla, and yes, we all know that, as a precondition to gaining employment in your "customer service" department, an applicant need show that they did, in fact, pull the legs off insects when they were children...and, yes, we further know that GE is "too big to fail".

Notwithstanding this (and, my firm is certainly terrified at the prospect of coming up against the Holy GE), we are, nevertheless, taking this *one* shot at getting your company to act like homo sapiens.

To this end, you *will*, within 10 days from the date of this letter, dispatch correspondence to either Ms. Fleischmann, or this office, espousing a zero balance on this account. (No need to include an apology as we have received too many of them already, sincere as they were).

Your failure to adhere to this time limit *will* result in this office immediately proceeding to all avenues of legal *and administrative* remedies. *DO* know that the FCRA authorizes attorney's fees as well as civil penalties.....and, once you put me in the position of having to spend one more minute on this matter, NO fees will be waived, nor will we cease any administrative actions initiated.

Lastly, I feel it prudent to inform (warn) you that, on January 25, 2011, I will be ordering Ms. Fleischmann's credit reports from Experian, Transunion and Equifax. Should I see the slightest *hint* of a negative report from you guys, I will proceed immediately as per above, even if you've sent her the "zero-balance" letter.

Hopefully, the above will not prove necessary.

Yours Cruelly,

Jeffrey B. Bohrer
Attorney at Law

**EXHIBIT 12**

Law Offices
Of
# JEFFREY B. BOHRER

11024 Balboa Boulevard, PMB 200                         Telephone (818) 366-6900
Granada Hills, California 91344                          Facsimile  (818) 366-8914


February 8, 2011


CareCredit, LLC
P.O. Box 1710
Costa Mesa, California 92628

GE Money
P.O. Box 960061
Orlando, Florida 32896-0061


Re: Wendy E. Fleischmann (Acct. Number 6019 1803 9162 4448)

Greetings:

This office represents the above individual with regard to your DIS-regard of the Fair Credit
Reporting Acts of the United States and the State of California.

In spite of Ms. Fleischmann's numerous attempts to "show you the error of your ways", you have
continued to harass her regarding this "debt". Perhaps I can explain it to you in a manner that will
actually get your attention.

This account was paid in full last July. The final payment of $2,667.66 is confirmed to have been
received by you and negotiated. The balance at that point was -0- (Z-E-R-O).

The next month (August), you debited her account to the tune of $133.00. *THAT was your first
mistake).*

This was the commencement of several calls by my client to your company, seeking to rectify the
situation. You debited her account numerous times, each time resulting in Ms. Fleischmann's bank
reversing the charge, only to have you *yahoos* re-debit the next month - this, in *spite* of your (empty)
promises to rectify.

This situation is intolerable, such that Ms. Fleischmann has resorted to calling upon this office for
assistance.

(...continued...)

(Letter to GE/CareCredit re Fleischmann: February 8, 2011: Page 2 of 2)

In light of the fact that your company is having difficulty with the term "nothing" or "zero", I have taken the liberty of translating the term in 10 languages for you, those being nada, nunca, nischd, intet, niets, mitte midagi, anyen, semmi sem and tidak ada. If the language you speak is not included herein, please be so kind as to contact this office - we will undertake all efforts to translate this letter into a language you can understand.

Now, yes, we know you are the 600 lb. Gorilla, and yes, we all know that, as a precondition to gaining employment in your "customer service" department, an applicant need show that they did, in fact, pull the legs off insects when they were children...and, yes, we further know that GE is "too big to fail".

Notwithstanding this (and, my firm is certainly terrified at the prospect of coming up against the Holy GE), we are, nevertheless, taking this *one* shot at getting your company to act like homo sapiens.

To this end, you *will*, within 10 days from the date of this letter, dispatch correspondence to either Ms. Fleischmann, or this office, espousing a zero balance on this account. (No need to include an apology as we have received too many of them already, sincere as they were).

Your failure to adhere to this time limit *will* result in this office immediately proceeding to all avenues of legal *and administrative* remedies. *DO* know that the FCRA authorizes attorney's fees as well as civil penalties.....and, once you put me in the position of having to spend one more minute on this matter, NO fees will be waived, nor will we cease any administrative actions initiated.

Lastly, I feel it prudent to inform (warn) you that, on January 25, 2011, Ms. Fleischmann was denied "Tier 1" credit for a car loan. Your two (negative) reports on her Equifax precluded her from the preferred loan rates; as such, you have already committed, in addition to the above, common law defamation. I will be checking her reports from the 3 agencies in the weeks to come - Should I see the slightest *hint* of a negative report from you guys, I will proceed immediately as per above, even if you've sent her the "zero-balance" letter.

Hopefully, the above will not prove necessary.

Yours Cruelly,


Jeffrey B. Bohrer
Attorney at Law

**EXHIBIT 13**

PO BOX 15410
Wilmington, DE 19850-5410

LDWORA01 0019054                                December 22, 2011

Wendy E. Fleischmann
7926 Royer Ave
West Hills CA 91304-4533


Dear Wendy E. Fleischmann:

Thank you for your recent Discover(R) Card application.  We're sorry we
are unable to approve your application for the credit line that you
specified.  This decision is based on the following reason(s):

APPLICATION/CREDIT INFORMATION DOES NOT SUPPORT CREDIT LINE REQUESTED

If you have any questions or would like to reconsider, please contact us
at the number listed below.

New Accounts Department
1-800-347-4736
Mon-Fri 8am-11pm ET
Sat-Sun 9am-9pm ET
Application Number: 113561001337700
Letter Code:  AAAN




***See back page for more important information...

the consumer reporting agency listed below. You have a right under the Fair Credit
Reporting Act to know the information contained in your credit file at the consumer
reporting agency. The reporting agency played no part in our decision and is unable to
supply specific reasons why we have denied credit to you.

You also have a right to a free copy of your report from the reporting agency, if you
request it no later than 60 days after you receive this notice. In addition, if you find
that any information contained in the report you receive is inaccurate or incomplete, you
have the right to dispute the matter with the reporting agency.

For a free copy of your credit bureau report, contact:

Equifax
PO Box 740241
Atlanta, GA  30374-0241
800-685-1111
www.equifax.com

None Used
.
.
.
.

None Used
.
.
.

We also obtained your credit score from this consumer reporting agency and used it in
making our credit decision. Your credit score is a number that reflects the information in
your credit report. Your credit score can change, depending on how the information in your
credit report changes.

Type of credit score FICO
Your credit score 724
Date December 22, 2011
Scores range from a low of 300to a high of 850
Key factors that affected your credit score were as follows:
Key Factor 1 SERIOUS DELINQUENCY
Key Factor 2 % OF BALANCE TO CREDIT LIMIT TOO HIGH ON REVOLVING ACCOUNTS
Key Factor 3 TOO FEW ACCOUNTS CURRENTLY PAID AS AGREED
Key Factor 4 NUMBER OF ACCOUNTS WITH DELINQUENCY
Key Factor 5

This information was provided to us by Equifax, a consumer reporting agency.

If you have any questions regarding this letter, you should contact Discover Bank, issuer
of the Discover Card, at P.O. Box 15410, Wilmington, DE 19850-5410.

FEDERAL EQUAL CREDIT OPPORTUNITY ACT NOTICE: The federal Equal Credit Opportunity Act
prohibits creditors from discriminating against credit applicants on the basis of race,
color, religion, national origin, sex, marital status, age (provided that the applicant
has the capacity to enter into a binding contract); because all or part of the applicant's
income derives from any public assistance program; or because the applicant has in good
faith exercised any right under the Consumer Credit Protection Act. The federal agency
which administers compliance with this law concerning Discover Bank, the issuer of the
Discover Card, is the Federal Deposit Insurance Corporation, FDIC Consumer Response
Center, 1100 Walnut St, Box #11, Kansas City, MO 64106.

**EXHIBIT 14**

 Experian™
A world of insight

⬛ Close window

## Online Personal Credit Report from Experian for

Experian credit report prepared for
**WENDY FLEISCHMANN**
Your report number is
**3136-6581-52**
Report date:
**02/21/2012**

Index:
- Contact us
- Potentially negative items
- Accounts in good standing
- Requests for your credit history
- Personal information
- Important message from Experian
- Know your rights



Experian collects and organizes information about you and your credit history from public records, your creditors and other reliable sources. By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e., "Cancer Center") that reports your payment history to us. If so, those names display in your report, but in reports to others they display only as "Medical Information Provider." Consumer statements included on your report at your request that contain medical information are disclosed to others.

To return to your report in the near future, log on to www.experian.com/consumer and select "View your report again" or "Dispute" and then enter your report number.

If you disagree with information in this report, return to the Report Summary page and follow the instructions for disputing.

## Contact us                                                          back to top

Need to view your report again or dispute information? Access your report online at www.experian.com/viewreport.
You may also contact us by mail at:
NCAC
P.O. Box 9563
Allen, TX 75013

Or, by phone at:
1 866 853 0303
Monday through Friday, 9 am to 5 pm in your time zone.

## Potentially Negative Items or items for further review                        back to top

This information is generally removed seven years from the initial missed payment that led to the delinquency. Missed payments and most public record items may remain on the credit report for up to seven years, except Chapters 7, 11 and 12 bankruptcies and unpaid tax liens, which may remain for up to 10 years. A paid tax lien may remain for up to seven years. Transferred accounts that have not been past due remain up to 10 years after the date the account was transferred.

| Payment history legend |
|---|
| OK  Current/Terms of agreement met    VS  Voluntarily surrendered |

| 30 | Account 30 days past due | R | Repossession |
|---|---|---|---|
| 60 | Account 60 days past due | PBC | Paid by creditor |
| 90 | Account 90 days past due | IC | Insurance claim |
| 120 | Account 120 days past due | G | Claim filed with government |
| 150 | Account 150 days past due | D | Defaulted on contract |
| 180 | Account 180 days past due | C | Collection |
| CRD | Creditor received deed | CO | Charge off |
| FS | Foreclosure proceedings started | CLS | Closed |
| F | Foreclosed | ND | No data for this time period |

## Credit Items

For your protection, the last few digits of your account numbers do not display.

**ASSET RECOVERY SOLUTIONS**

| Address: | Account Number: | Original Creditor: |
|---|---|---|
| 2200 E DEVON AVE STE 200 | 388656 | GE MONEY BANK |
| DES PLAINES, IL 60018 | | |
| *No phone number available* | | |
| Address Identification Number: | | |
| 0176104725 | | |

**Status:** Collection account. $462 past due as of Feb 2012.     **Status Details:** This account is scheduled to continue on record until Jul 2016.

| Date Opened: | Type: | Credit Limit/Original Amount: |
|---|---|---|
| 04/2010 | Collection | $403 |
| Reported Since: | Terms: | High Balance: |
| 08/2010 | 1 Months | NA |
| Date of Status: | Monthly Payment: | Recent Balance: |
| 07/2010 | $0 | $462 as of 02/2012 |
| Last Reported: | Responsibility: | Recent Payment: |
| 02/2012 | Individual | $0 |

**Payment History:**

| 2012 | | | | | | | | | | | | 2010 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FEB | JAN | 2011 DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG |
| C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C |

**Account History:**
Collection as of Aug 2010 to Feb 2012





| Date Opened: | Type: | Credit Limit/Original Amount: |
|---|---|---|
| 03/2003 | Mortgage | $250,000 |
| Reported Since: | Terms: | High Balance: |
| 08/2005 | 30 Years | NA |
| Date of Status: | Monthly Payment: | Recent Balance: |
| 07/2009 | $1,548 | $160,083 as of 01/2012 |
| Last Reported: | Responsibility: | Recent Payment: |
| 01/2012 | Joint with REID A KNEELAND | $1,547 |

2/21/2012 5:06 PM

Experian - Printable Full Report                                                https://enet.experian.com/consumerbyfullreport.do

## Payment History:

| 2012 | 2011 | | | | | | | | | | | 2010 | | | | | | | |
|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|
| JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN |
| OK | OK | OK | OK | ND | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | | | | 2009 | | | | | | | | | | | 2008 | | | |
|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|
| MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT |
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | 180 | 180 | 180 | 180 | 150 | 120 | 90 | 60 | 30 |

| | | | | | | | 2007 | | | | | | | | | | |
|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|
| SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB |
| 30 | OK | OK | 30 | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 2006 | | | | | | | | 2005 | | | | | |
|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|
| JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG |
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

## Account History:

180 days past due as of Mar 2009 to Jun 2009
150 days past due as of Feb 2009
120 days past due as of Jan 2009
90 days past due as of Dec 2008
60 days past due as of Nov 2008
30 days past due as of Oct 2008, Sep 2008, Jun 2008

## Balance History - The following data will appear in the following format:

*account balance / date payment received / scheduled payment amount / actual amount paid*
Dec 2011: $160,797 / December 15, 2011 / $1,548 / $1,547
Nov 2011: $161,507 / November 16, 2011 / $1,548 / $1,547
Oct 2011: $162,215 / October 17, 2011 / $1,548 / $1,547
Aug 2011: $163,621 / August 15, 2011 / $1,418 / $1,418
Jul 2011: $164,319 / July 16, 2011 / $1,418 / $1,418
Jun 2011: $165,015 / June 15, 2011 / $1,418 / $1,418
May 2011: $165,706 / May 13, 2011 / $1,418 / $1,418
Apr 2011: $166,394 / April 16, 2011 / $1,418 / $1,503
Mar 2011: $167,165 / March 16, 2011 / $1,503 / $1,503
Feb 2011: $167,933 / February 15, 2011 / $1,503 / $1,503
Jan 2011: $168,699 / January 15, 2011 / $1,503 / $1,503
Dec 2010: $169,462 / December 15, 2010 / $1,503 / $1,485
Nov 2010: $170,222 / November 16, 2010 / $1,486 / $1,485
Oct 2010: $170,979 / October 16, 2010 / $1,486 / $1,485
Sep 2010: $171,731 / September 16, 2010 / $1,486 / $1,485
Aug 2010: $172,480 / August 16, 2010 / $1,486 / $1,485
Jul 2010: $173,225 / July 12, 2010 / $1,486 / $1,485
Jun 2010: $173,966 / June 16, 2010 / $1,486 / $1,485
May 2010: $174,704 / no data / no data / no data
Apr 2010: $175,438 / no data / no data / no data
Mar 2010: $176,259 / no data / no data / no data
Feb 2010: $177,077 / no data / no data / no data

The original amount of this account was $250,000

## GECRB/CARE CREDIT

| **Address:** | **Account Number:** |
|---|---|
| C/O P O BOX 965036 | 601918039162.... |
| ORLANDO, FL 32896 | |
| (866) 396-8254 | |
| **Address Identification Number:** | |
| 0176104725 | |

Status:  Closed. $403 written off.

| **Date Opened:** | **Type:** | **Credit Limit/Original Amount:** |
|---|---|---|
| 06/2008 | Revolving | $6,000 |
| **Reported Since:** | **Terms:** | **High Balance:** |
| 06/2008 | NA | $4,000 |
| **Date of Status:** | **Monthly Payment:** | **Recent Balance:** |
| 05/2010 | $0 | NA |

2/21/2012 5:06 PM

*Dispute conf. #9216035462    8/4/09*




# EQUIFAX

## Equifax Credit Report ™ for Wendy Ellen Fleischmann

As of: 08/04/2009.
Available until: 09/03/2009
Confirmation #: 9716264185

Report Does Not Update
Print Report

① *Sent by D.*
*Experian*

② *bal of*
*G.E care cred*
*= $*

③ *Collection*
*Visa*

| Section Title | Section Description |
|---|---|
| 1. Credit Summary | Summary of account activity |
| 2. Account Information | Detailed account information |
| 3. Inquiries | Companies that have requested or viewed your credit information |
| 4. Negative Information | Bankruptcies, liens, garnishments and other judgments |
| 5. Personal Information | Personal data, addresses, employment history |
| 6. Dispute File Information | How to dispute information found on this credit report |
| 7. Summary of Your Rights Under the FCRA | Summary of Your Rights Under the FCRA |
| 8. Remedying the Effects of Identity Theft | Remedying the Effects of Identity Theft |
| 9. Your Rights Under State Law | Your Rights Under State Law |

## Credit Summary

Your Equifax Credit Summary highlights the information in your credit file that is most important in determining your credit standing by distilling key credit information into one easy-to-read summary.

### Accounts

Lenders usually take a positive view of individuals with a range of credit accounts - car loan, credit cards, mortgage, etc. - that have a record of timely payments. However, a high debt to credit ratio on certain types of revolving (credit card) accounts and installment loans will typically have a negative impact.

| Open Accounts | Total Number | Balance | Available | Credit Limit | Debt to Credit Ratio | Monthly Payment Amount | Accounts with a Balance |
|---|---|---|---|---|---|---|---|
| Mortgage | 0 | $0 | N/A | N/A | N/A | $0 | 0 |
| Installment | 0 | $0 | N/A | N/A | N/A | $0 | 0 |
| Revolving | 9 | $21,355 | $34,745 | $56,100 | 38% | $513 | 4 |
| Other | 0 | $0 | N/A | N/A | N/A | $0 | 0 |
| Total | 9 | $21,355 | $34,745 | $56,100 | 38% | $513 | 4 |

## Debt by Account Type    Debt to Credit Ratio by Account Type

| | |
|---|---|
| Mortgage | |
| Installment | |

1 of 30

8/4/2009 2:11 PM

Equifax Personal Solutions: Credit Reports, Credit Scores, Protectio...   https://www.econsumer.equifax.com/otc/viewPopUpDetail.ehtml?pr...

| | | Opened | | Reported | Due | Status | Limit |
|---|---|---|---|---|---|---|---|
| CARE CREDIT/GEMB | 601918039162XXXX | 06/2008 | $3,779 | 07/2009 | $0 | PAYS AS AGREED | $6,000 |

**CARE CREDIT/GEMB**

PO Box 981439
El Paso, TX-799981439
(866) 396-8254

| | | | |
|---|---|---|---|
| Account Number: | 601918039162XXXX | Current Status: | PAYS AS AGREED |
| Account Owner: | Individual Account. | High Credit: | $4,000 |
| Type of Account ?: | Revolving | Credit Limit: | $6,000 |
| Term Duration: | | Terms Frequency: | Monthly (due every month) |
| Date Opened: | 06/2008 | Balance: | $3,779 |
| Date Reported: | 07/2009 | Amount Past Due: | $0 |
| Date of Last Payment: | 07/2009 | Actual Payment Amount: | $120 |
| Scheduled Payment Amount: | $133 | Date of Last Activity: | 07/2009 |
| Date Major Delinquency First Reported: | | Months Reviewed: | 13 |
| Creditor Classification: | | Activity Description: | N/A |
| Charge Off Amount: | $0 | Deferred Payment Start Date: | |
| Balloon Payment Amount: | $0 | Balloon Payment Date: | |
| Date Closed: | | Type of Loan: | Charge Account |
| Date of First Delinquency: | N/A | | |
| Comments: | | | |

**81-Month Payment History**

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2009 | * | * | * | * | * | * | | | | | | |
| 2008 | | | | | | | * | * | * | * | * | * |



| | | | 546610 | | $10,326 | 07/2009 | $0 | PAYS AS AGREED | $0 |

NA

| | | | |
|---|---|---|---|
| Account Number: | | Current Status: | PAYS AS AGREED |
| Account Owner: | Individual Account. | High Credit: | $0 |
| Type of Account ?: | Revolving | Credit Limit: | $0 |
| Term Duration: | | Terms Frequency: | Monthly (due every month) |

8/4/2009 2:11 PM

For your protection, the last few digits of your account numbers do not display.

**ASSET RECOVERY SOLUTIONS**
Address:                          Account Number:         Original Creditor:
2200 E DEVON AVE STE 200    368656                    GE MONEY BANK
DES PLAINES, IL 60018
*No phone number available*
Address Identification Number:
0176104726

Status:  Collection account. $427 past due as of Jan 2011.        Status Details:  This account is scheduled to continue on record until Jul 2016.

Date Opened:            Type:                    Credit Limit/Original Amount:
04/2010                 Collection               $403
Reported Since:         Terms:                   High Balance:
08/2010                 1 Months                 NA
Date of Status:         Monthly Payment:         Recent Balance:
07/2010                 $0                       $427 as of 01/2011
Last Reported:          Responsibility:          Recent Payment:
01/2011                 Individual               $0
Account History:
Collection as of Aug 2010 to Jan 2011









Date Opened:            Type:
03/2003                 Mortgage
Reported Since:         Terms:
08/2005                 30 Years
Date of Status:         Monthly Payment:
07/2009                 $1,503
Last Reported:          Responsibility:
                        /ith REID A KNEELAND



09/2010   $171,731
08/2010   $172,480
07/2010   $173,225
06/2010   $173,966
05/2010   $174,704
04/2010   $175,438
03/2010   $176,259
02/2010   $177,077
01/2010   $177,892
12/2009   $178,695
11/2009   $179,483
10/2009   $179,483
09/2009   $180,250

Experian - Printable Full Report

```
08/2009  $180,994
06/2009  $188,688
05/2009  $188,689
04/2009  $188,688
03/2009  $188,689
02/2009  $188,689
01/2009  $188,689
```

The original amount of this account was $250,000

**GE MONEY BANK/CARE CREDIT**

| | |
|---|---|
| Address: | Account Number: |
| PO BOX 981439 | 601918039162.... |
| EL PASO, TX 79998 | |
| (866) 396-8254 | |
| Address Identification Number: | |
| 0176104725 | |

Status: Closed. $403 written off. $135 past due as of May 2010.

| | | |
|---|---|---|
| Date Opened: | Type: | Credit Limit/Original Amount: |
| 06/2008 | Revolving | $6,000 |
| Reported Since: | Terms: | High Balance: |
| 06/2008 | NA | $4,000 |
| Date of Status: | Monthly Payment: | Recent Balance: |
| 05/2010 | $0 | $403 as of 05/2010 |
| Last Reported: | Responsibility: | Recent Payment: |
| 05/2010 | Individual | $0 |

Your Statement:

Creditor's Statement: Purchased by another lender.

Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act).

Account History:
Charge Off as of Apr 2010
150 days past due as of Mar 2010
120 days past due as of Feb 2010
90 days past due as of Jan 2010
60 days past due as of Dec 2009
30 days past due as of Nov 2009

Balance History:
```
04/2010  $403
03/2010  $363
02/2010  $317
01/2010  $271
12/2009  $236
11/2009  $202
10/2009  $168
09/2009  $135
09/2009  $133
07/2009  $3,779
06/2009  $2,787
05/2009  $2,905
04/2009  $3,023
03/2009  $3,141
02/2009  $3,259
01/2009  $3,377
```

Between Jan 2009 and Apr 2010, your credit limit/high balance was $6,000

## Accounts in Good Standing

back to top

# freecreditreport.com

HOME    ALERTS    SCORE    MY REPORT    ID PROTECTION    REWARDS    RESOURCES

Report Center  |  Monthly Statement  |  Credit Report

## Experian Credit Report
Prepared for WENDY FLEISCHMANN on 2/21/2012

Printable Version
Correct errors in your Credit Report — Initiate Online Dispute

### Table of Contents

Personal Information

Report Summary

Bankruptcy & Court Judgments

Credit Inquiries

Credit Cards, Loans & Other Debt

Credit Score

## 5: Credit Cards, Loans & Other Debt

Here you will find specific information on each account you opened, including current status and any past due information. Creditor contact information has been provided in order to make it easier for you to resolve any issues. Remember, positive credit information remains on your credit report indefinitely.

Sort By [ Status ]

**ASSET RECOVERY SOLUTIO**
Potentially Negative
Closed
847-257-8300

Mailing Address:  2200 E DEVON AVE STE 200
DES PLAINES, IL 60018

Close Account Details

| | |
|---|---|
| Account Name | ASSET RECOVERY SOLUTIO |
| Account # | 36XXXX |
| Account Type | Collection Department / Agency / Attorney |
| Balance | $462.00 |
| Date Opened | 4/1/2010 |
| Account Status | Closed |
| Mo. Payment | |
| Past Due | $462.00 |
| Payment Status | Seriously past due date / assigned to attorney, collection agency, or credit grantor's internal collection department |
| High Balance | |
| Limit | |
| Terms | 1 Month |
| Comments | |

### 24-Month Payment History

| | 2010 | | | | | | | | | | 2011 | | | | | | | | | | | | | 2012 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB |
| Experian | | | | | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD |
| Equifax | | | | | | | | | | | | | | | | | | | | | | | | |
| TransUnion | | | | | | | | | | | | | | | | | | | | | | | | |

**GECRB/CARE CREDIT**
Potentially Negative
Closed
866-396-8254

Mailing Address:  PO BOX 981439
EL PASO, TX

| | |
|---|---|
| Account Name | GECRB/CARE CREDIT |
| Account # | 60191603XXXX |
| Account Type | Charge Account |
| Balance | |
| Date Opened | 8/1/2006 |

1 of 4

**PROOF OF SERVICE**

I, the undersigned, am a citizen of the United States, a resident of the County of Los Angeles, State of California, over the age of 18 years old, and not a party to this action; My mailing address is 11024 Balboa Boulevard, #200, Granada Hills, California 91344.

On December 17, 2012, I served the within "**SECOND AMENDED COMPLAINT**" on      the interested parties in this action by:

Placing _____ the original; __x___ a true copy thereof enclosed in a sealed envelope with      postage thereon fully prepaid, in the United States mail at Granada Hills, California, addressed      as follows:

Daniel O'Rielly, Esq.
Dena M. Roche
O'Rielly & Roche, LLP
101 California Street, Suite 2450
San Francisco, Ca. 94111

_____ Via Facsimile: Said document was also served via facsimile to:

_____ Via Personal Service to:
                              At:

I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct.

Executed this 17th  day  of December, 2012,  at Granada Hills , California.

_____

Fleischmann.v.CareCredit/2nd.Amd.Complaint - 1 -