Daniel J. O'Rielly (State Bar No. 214846)
**O'RIELLY & ROCHE LLP**
4 Embarcadero Center, Suite 1400
San Francisco, California 94111
Telephone:  (415) 952-3002
Facsimile:  (415) 520-9394

Attorneys for Defendants
GE CAPITAL RETAIL BANK, formerly known as GE MONEY BANK, and CARE CREDIT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| WENDY ELLEN FLEISCHMANN,<br><br>         Plaintiff,<br><br>    v.<br><br>CARE CREDIT, a Limited Liability corporation of unknown citizenship, and GE MONEY BANK, a business entity, form unknown, and DOES 1 through 1,000;<br><br>         Defendants. | Case No.  CV12-08032 DDP (FMOx)<br><br>The Honorable Dean D. Pregerson<br><br>**NOTICE OF SETTLEMENT** |

Defendants GE CAPITAL RETAIL BANK ("GECRB"), formerly known as GE Money Bank, and CARE CREDIT (collectively, "Defendants"), and Plaintiff WENDY ELLEN FLEISCHMANN have reached a settlement in this matter.  The parties are in the process of memorializing the terms of the settlement agreement and

1  Defendants anticipate that Defendants will be dismissed in the coming weeks.

   Dated:   June 25, 2013                                   Respectfully submitted,

**O'RIELLY & ROCHE LLP**

By:  /s/ Daniel J. O'Rielly
       Daniel J. O'Rielly

Attorneys for Defendants
GE CAPITAL RETAIL BANK
(formerly known as GE MONEY
BANK) and CARE CREDIT

-2-
NOTICE OF SETTLEMENT

# CERTIFICATE OF SERVICE
*Case No. 12-cv-08032-DDP-FMOx*

I declare that I am over the age of 18 years and not a party to the within action. My business address is 4 Embarcadero Center, Suite 1400, San Francisco, California, 94111.

On June 25, 2013, I served the following document(s):

- **NOTICE OF SETTLEMENT**

To:

Jeffrey B. Bohrer, Esq.
Law Office of Jeffrey B. Bohrer
11024 Balboa Blvd., #200
Granada Hills, CA 91344
bohrerlaw@gmail.com

  XXX   **BY ECF.** I caused such documents to be e-filed with the Court, which were then served on counsel via the ECF filing system.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Declaration was executed on June 25, 2013, at San Francisco, California.

　　　　　　　　　　　　　　　　　　/s/  Nydia Avellan
　　　　　　　　　　　　　　　　　　Nydia Avellan